**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF CALIFORNIA

Case number *(if known)* _____ Chapter __7__

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Delphi Productions, Inc. dba Group Delphi** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **94-3225117** | |

| | | | |
|---|---|---|---|
| 4. | Debtor's address | **Principal place of business** | **Mailing address, if different from principal place of business** |
| | | **950 West Tower Ave**<br>**Alameda, CA 94501** | **2930 Domingo Ave**<br>**Box 228**<br>**Berkeley, CA 94705** |
| | | Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| | | **Alameda** | **Location of principal assets, if different from principal place of business** |
| | | County | |
| | | | Number, Street, City, State & ZIP Code |

| | | |
|---|---|---|
| 5. | Debtor's website (URL) | |

| | | |
|---|---|---|
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br><br>☐ Partnership (excluding LLP)<br><br>☐ Other. Specify: |

**7.** **Describe debtor's business**   A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | | | | | |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 2 of 96

**10.** **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No

☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor | | Relationship |
| District | When | Case number, if known |

**11.** **Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12.** **Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

■ **Statistical and administrative information**

**13.** **Debtor's estimation of available funds**

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14.** **Estimated number of creditors**

☐ 1-49
☐ 50-99
■ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15.** **Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16.** **Estimated liabilities**

☐ $0 - $50,000

■ $1,000,001 - $10 million

☐ $500,000,001 - $1 billion

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 3 of 96

| | | |
|---|---|---|
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **4/13/2023**
             MM / DD / YYYY

X **/s/ Justin Hersh** _____          **Justin Hersh** _____
Signature of authorized representative of debtor          Printed name

Title   **CEO** _____

**18. Signature of attorney**

X **/s/ Chris Kuhner** _____          Date **4/13/2023** _____
Signature of attorney for debtor          MM / DD / YYYY

**Chris Kuhner 173291** _____
Printed name

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** _____
Firm name

**1970 Broadway, Ste 600**
**Oakland, CA 94612** _____
Number, Street, City, State & ZIP Code

Contact phone   **510-763-1000** _____          Email address _____

**173291 CA** _____
Bar number and State

| | |
|---|---|
| Debtor name | **Delphi Productions, Inc. dba Group Delphi** |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors  12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on __4/13/2023__ | X /s/ Justin Hersh |
| | Signature of individual signing on behalf of debtor |
| | **Justin Hersh** |
| | Printed name |
| | **CEO** |
| | Position or relationship to debtor |

| Fill in this information to identify the case: |
|---|

Debtor name **Delphi Productions, Inc. dba Group Delphi**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
    Copy line 88 from *Schedule A/B*................................................................................ $     **0.00**

    1b. **Total personal property:**
    Copy line 91A from *Schedule A/B*............................................................................. $     **3,277,091.31**

    1c. **Total of all property:**
    Copy line 92 from *Schedule A/B*............................................................................... $     **3,277,091.31**

| Part 2: | Summary of Liabilities |
|---|---|

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................... $     **4,190,611.11**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    3a. **Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................ $     **33,115.80**

    3b. **Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................. +$     **1,271,261.67**

4.   **Total liabilities** ........................................................................................................
    Lines 2 + 3a + 3b

| $ | **5,494,988.58** |
|---|---|

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

Debtor name **Delphi Productions, Inc. dba Group Delphi**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
| --- | --- |

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- |
| 3.1. **AvidBank** | **Checking** | | **$1,130,639.81** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$1,130,639.81** |
| --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

6. **Does the debtor have any deposits or prepayments?**

■ No. Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

10. **Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

13. **Does the debtor own any investments?**

■ No. Go to Part 5.
☐ Yes Fill in the information below.

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 8 of 96

| Part 5: | **Inventory, excluding agriculture assets** |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☑ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | **Office furniture, fixtures, and equipment; and collectibles** |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☑ No.  Go to Part 8.
☐ Yes Fill in the information below.

| Part 8: | **Machinery, equipment, and vehicles** |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☑ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | **Real property** |
|---|---|

**54. Does the debtor own or lease any real property?**

☑ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | **Intangibles and intellectual property** |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

☑ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
☑ Yes Fill in the information below.

|  | **Current value of debtor's interest** |
|---|---|

71.    **Notes receivable**
       Description (include name of obligor)

72.    **Tax refunds and unused net operating losses (NOLs)**
       Description (for example, federal, state, local)

       **IRS refund for Q1, 2021**          Tax year **2021**          **$231,940.10**

| **IRS refund for Q2 2021** | Tax year | 2021 | $239,905.40 |
| | | | |
| **IRS refund for Q3 2021** | Tax year | 2021 | $424,606.00 |

73. **Interests in insurance policies or annuities**

    **Houston Casualty Company**                                              $0.00

74. **Causes of action against third parties (whether or not a lawsuit has been filed)**

75. **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76. **Trusts, equitable or future interests in property**

77. **Other property of any kind not already listed** *Examples:* Season tickets, country club membership
    **Performance based payment pursuant to Asset Purchase Agreement between the Debtor and Icon Exhibits, LLC**                                  $1,250,000.00

78. **Total of Part 11.**
    Add lines 71 through 77. Copy the total to line 90.          $2,146,451.50

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

Debtor  **Delphi Productions, Inc. dba Group Delphi**          Case number *(If known)* _____
_____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $1,130,639.81 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $2,146,451.50 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,277,091.31 | + 91b.   $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,277,091.31 |

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 11 of 96

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property     12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

   ☐ Yes. Fill in all of the information below.

**Part 1:**    **List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|

**2.1**   **Anthony Erpelding**
Creditor's Name

**3222 Thompson Ave
Alameda, CA 94501**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Secured by 15429 shares of Debtor's common stock arising out of repurchase of stock**

**Describe the lien**
**Lien pursuant to stock pledge agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

Column A: **$1,141,806.09**    Column B: **Unknown**

**2.2**   **Chris Radovich**
Creditor's Name

**123 Spring Rd
Orinda, CA 94563**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

**Describe debtor's property that is subject to a lien**
**Secured by 1761 shares of Debtor's common stock arising out of repurchase of stock**

**Describe the lien**
**Lien pursuant to stock pledge agreement**
**Is the creditor an insider or related party?**
■ No
☐ Yes
**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

Column A: **$27,539.28**    Column B: **Unknown**

■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Karen Wright** | | $1,776,094.03 | Unknown |

Creditor's Name

**221 Lakenheath Lane**
**Matthews, NC 28105**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Secured by 24000 shares of Debtor's common stock arising out of repurchase of stock**

**Describe the lien**
**Lien pursuant to stock pledge agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **Kyle Wood** | | $384,107.84 | Unknown |

Creditor's Name

**384 Randolph St**
**Napa, CA 94559**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
■ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Secured by 10550 shares of Debtor's common stock arising out of repurchase of stock**

**Describe the lien**
**Lien pursuant to stock pledge agreement**

**Is the creditor an insider or related party?**
■ No
☐ Yes

**Is anyone else liable on this claim?**
■ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **Mary Jane Wood** | | $395,811.78 | Unknown |

Creditor's Name

**c/o Alexander J. Myers**
**1835 First Street**
**Napa, CA 94559**

Creditor's mailing address

**Describe debtor's property that is subject to a lien**

**Describe the lien**
**Lien pursuant to stock pledge agreement**

**Is the creditor an insider or related party?**
■ No

---

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 13 of 96

Creditor's email address, if known

☐ Yes
Is anyone else liable on this claim?

**Date debt was incurred**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check that all apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.6 | **Paul Porcher** | Describe debtor's property that is subject to a lien | $152,905.15 | Unknown |

Creditor's Name

**3672 16th Street
San Francisco, CA 94114**

Secured by 10568 shares of Debtor's common stock arising out of repurchase of stock

Creditor's mailing address

Describe the lien

**Lien pursuant to stock pledge agreement**

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**Last 4 digits of account number**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.7 | **US Bank Equipment Lease** | Describe debtor's property that is subject to a lien | $3,227.54 | $0.00 |

Creditor's Name

**P.O. Box 790448
Saint Louis, MO 63179-0448**

Creditor's mailing address

Describe the lien

**Is the creditor an insider or related party?**

☑ No

Creditor's email address, if known

☐ Yes

**Is anyone else liable on this claim?**

**Date debt was incurred**

☑ No

**Last 4 digits of account number**
**5941**

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

As of the petition filing date, the claim is:
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.8 | **William Nieser** | Describe debtor's property that is subject to a lien | $309,119.40 | Unknown |

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 14 of 96

| Debtor | **Delphi Productions, Inc. dba Group Delphi** | Case number (*if known*) |
|---|---|---|
| | Name | |

Creditor's Name

**45860 Sunset Dr**
**P.O. Box 381**
**Gualala, CA 95445**

Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

■ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Secured by 10568 shares of Debtor's common stock arising out of repurchase of stock**

Describe the lien

**Lien pursuant to stock pledge agreement**

**Is the creditor an insider or related party?**

■ No

☐ Yes

**Is anyone else liable on this claim?**

■ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed

---

3. **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $4,190,611.11

---

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| | | |

## Fill in this information to identify the case:

Debtor name **Delphi Productions, Inc. dba Group Delphi**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an amended filing

# Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims                              12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alameda Unified School District**<br>**c/o Parcel Tax Administrator**<br>**4745 Mangels Blvd**<br>**Fairfield, CA 94534** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,115.80** | **$33,115.80** |
| Date or dates debt was incurred<br>**2020-2022** | Basis for the claim: | | |
| Last 4 digits of account number **0032**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**California Dept of Tax and Fee Admin**<br>**Acct Information Group MIC 29**<br>**P. O. Box 942879**<br>**Sacramento, CA 94279-0029** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** | **$0.00** |
| Date or dates debt was incurred | Basis for the claim:<br>**Notice purposes** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

27103

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 16 of 96

| Debtor | **Delphi Productions, Inc. dba Group Delphi** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95827-2952**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |
|---|---|---|---|---|

**Internal Revenue Service**
**Centralized Insolvency Operations**
**PO Box 7346**
**Philadelphia, PA 19101-7346**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Notice purposes** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.** List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,000.00 |
|---|---|---|---|

**ABD Insurance & Fin Services, Inc.**
**777 Mariners Island Blvd, Ste 250**
**San Mateo, CA 94404**

Date(s) debt was incurred _

Last 4 digits of account number  **5646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,114.00 |
|---|---|---|---|

**Accurate Staging Inc.**
**1820 W. 135th Street**
**Gardena, CA 90249**

Date(s) debt was incurred _

Last 4 digits of account number  **6070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,048.36 |
|---|---|---|---|

**ACI Alameda County Industries**
**610 Aladdin Ave**
**San Leandro, CA 94577**

Date(s) debt was incurred _

Last 4 digits of account number  **4454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Delphi Productions, Inc. dba Group Delphi** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$209.33** |
|---|---|---|---|
| | **Airgas USA, LLC**<br>**295 N Radnor-Chester Rd, Ste 100**<br>**Wayne, PA 19087** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **2017** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$11,137.77** |
|---|---|---|---|
| | **Alameda Electrical Dist, Inc.**<br>**3875 Bay Center Place**<br>**Hayward, CA 94545** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0004** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$8,675.01** |
|---|---|---|---|
| | **Alameda Municipal Power**<br>**P.O. Box 511427**<br>**Los Angeles, CA 90051-7982** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **0104** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$6,189.50** |
|---|---|---|---|
| | **Alan Kropp & Associates**<br>**2140 Shattuck Ave, 9th Floor**<br>**Berkeley, CA 94704** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7864** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$51,812.50** |
|---|---|---|---|
| | **Alliantgroup, LP**<br>**P.O. Box 4979**<br>**Houston, TX 77210-4979** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **6638** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,419.81** |
|---|---|---|---|
| | **AlphaGraphics**<br>**1888 Mission Street**<br>**San Francisco, CA 94103** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number **7573** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$1,646.63** |
|---|---|---|---|
| | **Amazon Capital Services**<br>**P.O. Box 035184**<br>**Seattle, WA 98124-5184** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 18 of 96

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $953.75 |
|---|---|---|---|

**AT&T**
**PO Box 5025**
**Carol Stream, IL 60197-5025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **0101**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,710.36 |
|---|---|---|---|

**ATC Colors, Inc.**
**Attn: Dong Yi**
**631 85th Ave**
**Oakland, CA 94621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Auburn Cord Duesenberg Auto Muesum**
**Brandon J. Anderson**
**1600 S. Wayne St**
**P.O. Box 271**
**Auburn, IN 46706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,541.51 |
|---|---|---|---|

**Aunalytics**
**460 Stull Street, Ste 100**
**South Bend, IN 46601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,244.00 |
|---|---|---|---|

**Bay Machine & Fabrication**
**2900 Main Street, #2100**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BHM Construction, Inc.**
**Attn: Nate Palmer**
**721 Gateway Road West, Ste 405**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,100.00 |
|---|---|---|---|

**Brightline Janitorial**
**3002 San Jose Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1327**

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 19 of 96

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Burt and Associates**
**801 E. Campbell Rd, Ste 165**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,659.82 |
|---|---|---|---|

**Canon Financial Services, Inc.**
**14904 Collections Center Dr**
**Chicago, IL 60693-0149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,300.00 |
|---|---|---|---|

**Carr, Riggs & Ingram, LLC**
**3626 Memorial Parkway, SW**
**Huntsville, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $163.21 |
|---|---|---|---|

**Charles McMurray Co.**
**P.O. Box 569**
**Fresno, CA 93709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,286.16 |
|---|---|---|---|

**Cintas Coproration**
**P.O. Box 29059**
**Phoenix, AZ 85038-9059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $507,561.39 |
|---|---|---|---|

**City of Alameda**
**Office of the City Attorney**
**2263 Santa Clara Ave, Room 280**
**Alameda, CA 94501-4477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **Lease of 950 W. Tower Rd, Alameda**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,510.75 |
|---|---|---|---|

**City of Alameda**
**2263 Santa Clara Ave, Sm 220**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 20 of 96

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $258.70 |
|---|---|---|---|

**City of Alameda**
**Office of the City Attorney**
**2263 Santa Clara Ave, Room 280**
**Alameda, CA 94501-4477**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Water__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,587.25 |
|---|---|---|---|

**Classic Products Corp**
**4617 Industrial Rd**
**Fort Wayne, IN 46825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __2825__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,446.80 |
|---|---|---|---|

**Coast Aluminum**
**P.O. Box 514670**
**Dept 710070**
**Los Angeles, CA 90051-4670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4152__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $60,000.00 |
|---|---|---|---|

**Colin & Erin Alley**
**122 Walnut Ave**
**Corte Madera, CA 94925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __9/6/2021__

**Basis for the claim:** __Deposit for constructon services agreement.  Partial work and refund provided__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,830.22 |
|---|---|---|---|

**Comcast Business**
**P.O. Box 37601**
**Philadelphia, PA 19101-0601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __2280__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Commerical Collectors, Inc.**
**Larry Barthel**
**PO Box 337**
**Montrose, MN 55363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,664.00 |
|---|---|---|---|

**Concur Technologies, Inc.**
**62157 Collections Center Dr**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number __4460__

Is the claim subject to offset? ■ No ☐ Yes

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CST Co, Inc.**
**Louis Galati**
**P.O. Box 33127**
**Louisville, KY 40232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $75.00 |
|---|---|---|---|

**Daiohs First Choice Services**
**2423 Verna Court**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Damien & Mariann o Molokai Edu Ctr**
**2512 Kalakaua Ave**
**Honolulu, HI 96815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $251.24 |
|---|---|---|---|

**Decorative Plumbing Distributors, LLC**
**4200 Business Center Dr**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **3001**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,250.00 |
|---|---|---|---|

**DevriX Ltd.**
**Vrabnitsa 2**
**BL 604 entr A ap 34**
**Sofia bulgaria 1231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $17,072.00 |
|---|---|---|---|

**Display Installations**
**300 Dogwood Dr**
**Weed, CA 96094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $252.00 |
|---|---|---|---|

**DMV Renewal**
**P.O. Box 942897**
**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 22 of 96

| Debtor | **Delphi Productions, Inc. dba Group Delphi** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Early Ford V8 Museum**
c/o Joshua Conrad
P.O. Box 284
Bargersville, IN 46106

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $766.19 |
|---|---|---|---|

**Economy Lumber**
750 High Street
Oakland, CA 94601

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $924.92 |
|---|---|---|---|

**Eldorado Forklift Company**
P.O. Box 1163
San Carlos, CA 94070

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **8041**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,672.00 |
|---|---|---|---|

**Electrik City**
1769 Hillsdale Ave, #24886
San Jose, CA 95154

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number  **278**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $3,562.50 |
|---|---|---|---|

**Ezra Fox**
222 Paula Court
Martinez, CA 94553

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $596.81 |
|---|---|---|---|

**Federal Express**
P.O. Box 932481
Cleveland, OH 44193

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $126.66 |
|---|---|---|---|

**Fidelity Investments**
88 Black Falcon Ave, Ste 167
Boston, MA 02210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

---

**3.46** Nonpriority creditor's name and mailing address
**Firemaster**
**P.O. Box 121019**
**Dept 1019**
**Dallas, TX 75312-1019**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$1,035.00**

---

**3.47** Nonpriority creditor's name and mailing address
**Forbo Flooring, Inc.**
**P.O. Box 60559**
**Charlotte, NC 28260-0559**

Date(s) debt was incurred _

Last 4 digits of account number  **4011**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$2,218.18**

---

**3.48** Nonpriority creditor's name and mailing address
**Ford Credit**
**Department 194101**
**P.O. Box 55000**
**Detroit, MI 48255-1941**

Date(s) debt was incurred _

Last 4 digits of account number  **0106**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$917.61**

---

**3.49** Nonpriority creditor's name and mailing address
**Golden State Lumber**
**P.O. Box 3239**
**San Rafael, CA 94912-3239**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$13,797.05**

---

**3.50** Nonpriority creditor's name and mailing address
**Grainger Inc.**
**Dept 817245202**
**Palatine, IL 60038-0001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$91.00**

---

**3.51** Nonpriority creditor's name and mailing address
**Gyroscope, Inc.**
**283 4th St**
**Bldg 201**
**Oakland, CA 94607**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$8,000.00**

---

**3.52** Nonpriority creditor's name and mailing address
**H&E Equipment Services**
**P.O. Box 849850**
**Dallas, TX 75284-9850**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$317.63**

---

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 24 of 96

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,270.00 |
|---|---|---|---|

**Hubspot, Inc.**
**P.O. Box 419842**
**Boston, MA 02241-9842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,276.00 |
|---|---|---|---|

**IFS North America**
**300 Park Blvd, Ste 555**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **1200**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,825.00 |
|---|---|---|---|

**Imaginit Technologies**
**28127 Network Place**
**Chicago, IL 60673-1281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number  **8481**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $769.77 |
|---|---|---|---|

**International Moulding**
**3100 North Ad Art Rd**
**Stockton, CA 95215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,445.00 |
|---|---|---|---|

**Johnson Controls**
**Dept CH10320**
**Palatine, IL 60055-0320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,148.00 |
|---|---|---|---|

**Julien, Inc.**
**955 Rue Lachance**
**Quebec GHP 2H3**
**Canada**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,618.43 |
|---|---|---|---|

**Kaeser Compressors, Inc.**
**Jonathan Campbell**
**46771 Fremont Blvd**
**Fremont, CA 94538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 25 of 96

Name

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,000.00 |

**KSM CPAs & Advisors**
**800 East 96th St, Ste 500**
**Indianapolis, IN 46240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $820.00 |

**Laser Custom Designs, LLC**
**25515 Whitesell St, Ste A**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.22 |

**LCA Bank Corp**
**P.O. Box 1650**
**Troy, MI 48099-1650**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $130.81 |

**Linde Gas & Equipment**
**Dept CH 10660**
**Palatine, IL 60055-0660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $150,000.00 |

**Lori Moe**
**18 Gonsalves Ct**
**Alameda, CA 94502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $492.73 |

**MacMurray Pacific**
**P.O. Box 742553**
**Los Angeles, CA 90074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,863.00 |

**Mar Structural Design**
**2332 Fifth St, Ste D**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 26 of 96

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**Matthew Lista**
**Lista Plumbing**
1477 32nd St
Emeryville, CA 94608

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1386**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,750.00 |
|---|---|---|---|

**McMaster Carr**
P.O. Box 7690
Chicago, IL 60680-7690

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **1386**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,765.53 |
|---|---|---|---|

**MK Sales, Inc.**
**Attn: Yardley Aguilar**
6654 Dolittle Ave
Riverside, CA 92503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,901.20 |
|---|---|---|---|

**MOC Insurance**
44 Montogmery St, 17th Floor
San Francisco, CA 94104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **D&O Policy**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $66,913.18 |
|---|---|---|---|

**Moore-Newton Quality Hardwoods Corp**
**c/o John Phillips**
**Fennemore Dowling Aaron, LLP**
8080 N. Palm Ave, 3rd Floor
Fresno, CA 93711

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,236.60 |
|---|---|---|---|

**Nationwide**
P.O. Box 10479
Des Moines, IA 50306-0479

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number **2112**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $149.50 |
|---|---|---|---|

**Optum Bank**
2771 Momentum Place
Chicago, IL 60689-5327

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,146.79 |
|---|---|---|---|

**Pacific Gas & Electric**
**PO Box 997300**
**Sacramento, CA 95899-7300**

Date(s) debt was incurred _

Last 4 digits of account number  1224

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,052.50 |
|---|---|---|---|

**Piedmont Plastics**
**Attn: Becky Hazle-Jones**
**5265 South Rio Grande St**
**Littleton, CO 80120**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,079.49 |
|---|---|---|---|

**Pitney Bowes**
**PO Box 371874**
**Pittsburgh, PA 15250-7874**

Date(s) debt was incurred _

Last 4 digits of account number  2070

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $284.40 |
|---|---|---|---|

**Pitney Bowes Global Financial**
**P.O. Box 371887**
**Pittsburgh, PA 15250-7887**

Date(s) debt was incurred _

Last 4 digits of account number  9623

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $967.05 |
|---|---|---|---|

**Platinum Cargo Logistics, Inc.**
**Glen Peter, Station Owner SFO**
**24219 Clawiter Rd**
**Hayward, CA 94545**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,651.84 |
|---|---|---|---|

**Port Plastics**
**P.O. Box 398573**
**San Francisco, CA 94139**

Date(s) debt was incurred _

Last 4 digits of account number  4616

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $119.26 |
|---|---|---|---|

**Protection One Alarm Monitering, Inc.**
**P.O. Box 219044**
**Kansas City, MO 64121-9044**

Date(s) debt was incurred _

Last 4 digits of account number  8785

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 28 of 96

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,913.94 |
|---|---|---|---|

**Protel Comminications, dba Protelesis**
**4686 Mission Gorge Place**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6730**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,853.13 |
|---|---|---|---|

**Quality Media & Laminating Solutions**
**285 State Street, #1**
**North Haven, CT 06473**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2710**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,925.00 |
|---|---|---|---|

**Re-Quest, Inc.**
**P.O. Box 2945**
**Naperville, IL 60567-2945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2225**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $933.37 |
|---|---|---|---|

**Ready Fresh**
**P.O. Box 856158**
**Louisville, KY 40285-6158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4288**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $176.00 |
|---|---|---|---|

**S.L. Fusco, Inc.**
**File 2350**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199-2350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $221.00 |
|---|---|---|---|

**Sartor-Quality Saw Works**
**250 Bayshore Blvd**
**San Francisco, CA 94124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6729**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $26,409.86 |
|---|---|---|---|

**SEG Systems, LLC**
**6900-G Northpark Blvd**
**Charlotte, NC 28216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4885**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40475  Doc# 1  Filed: 04/25/23  Entered: 04/25/23 11:47:45  Page 29 of 96

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $270.71 |

**Shamrock Office Solutions, Inc.**
**File 2399**
**1801 W. Olympic Blvd**
**Pasadena, CA 91199-2399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9778**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,000.29 |

**Shell Fleet Processing Center**
**P.O. Box 183019**
**Columbus, OH 43218-3019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **6550**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $249.60 |

**Sherwin Williams**
**1033 Montague St**
**San Leandro, CA 94577-4331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **9620**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $80.33 |

**Sherwin Williams**
**801 Marina Village Parkway**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1109**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,871.15 |

**Sonoma Graphics**
**961 Stockton Ave**
**San Jose, CA 95110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **0313**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $536.56 |

**SpeedPro East Bay**
**Carrie Ericson**
**1734 Clement Ave**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $778.19 |

**Staples Advantage**
**P.O. Box 105638**
**Atlanta, GA 30348-5638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4303**

Is the claim subject to offset? ■ No ☐ Yes

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,925.19 |
|---|---|---|---|

**Stryker Slev Law Group**
**3555 Fifth Ave, Ste 205**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **7111**

Is the claim subject to offset? ■ No ☐ Yes

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $371.44 |
|---|---|---|---|

**Suburban Propane**
**P.O. Box 12027**
**Fresno, CA 93776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **3270**

Is the claim subject to offset? ■ No ☐ Yes

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $577.98 |
|---|---|---|---|

**Swiss Lift Truck Service, Inc.**
**68 Alysia Court**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **1351**

Is the claim subject to offset? ■ No ☐ Yes

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,480.00 |
|---|---|---|---|

**Symetra Life Insurance Co**
**P.O. Box 1491**
**Minneapolis, MN 55480-1491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $239.00 |
|---|---|---|---|

**Terminix Commercial**
**P.O. Box 802155**
**Chicago, IL 60680-2155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **4970**

Is the claim subject to offset? ■ No ☐ Yes

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $597.23 |
|---|---|---|---|

**Toyota Motor Credit**
**Toyota Financial Services**
**PO Box 8026**
**Cedar Rapids, IA 52408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,462.60 |
|---|---|---|---|

**Tri-Valley Tradshow**
**2855 Mitchell Dr, Ste 111**
**Walnut Creek, CA 94598**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number **2934**

Is the claim subject to offset? ■ No ☐ Yes

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 31 of 96

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,645.18 |
|---|---|---|---|

**Uline**
P.O. Box 88741
Chicago, IL 60680-1741

Date(s) debt was incurred _

Last 4 digits of account number **3120**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20.00 |
|---|---|---|---|

**Ultimate Software Group, Inc.**
P.O. Box 930953
Atlanta, GA 31193-0953

Date(s) debt was incurred _

Last 4 digits of account number **7083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Verizon**
P.O. Box 25505
Lehigh Valley, PA 18002-5505

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $416.50 |
|---|---|---|---|

**Western Industrial Machine Repair, In.c**
P.O. Box 1767
Boulder Creek, CA 95006-1767

Date(s) debt was incurred _

Last 4 digits of account number **4560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $578.50 |
|---|---|---|---|

**Willis Supply Corporation**
Dept LA 23368
Pasadena, CA 91185-3368

Date(s) debt was incurred _

Last 4 digits of account number **2308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Zwicker & Associates, P.C.**
80 Minuteman Rd
Andover, MA 01810

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **American Express**<br>PO Box 3001<br>16 General Warren Blvd<br>Malvern, PA 19355 | Line **3.107**<br><br>☐ Not listed. Explain ___ | _ |

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 32 of 96

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.2 **Caine & Weiner** Olivia Palomares 5805 Sepulveda Blvd, 4th Floor Sherman Oaks, CA 91411 | Line **3.76** ☐ Not listed. Explain ____ | **5061** |
| 4.3 **Kaeser Compressors** P.O. Box 946 Fredericksburg, VA 22404 | Line **3.59** ☐ Not listed. Explain ____ | _ |
| 4.4 **Lease Corporation of America** 3150 Livernois Rd, #300 Troy, MI 48083 | Line **3.62** ☐ Not listed. Explain ____ | _ |
| 4.5 **Moore Newton Hardwood** 2115 Williams Street San Leandro, CA 94579 | Line **3.71** ☐ Not listed. Explain ____ | _ |
| 4.6 **Piedmont Plastics for Alameda** P.O. Box 845649 Los Angeles, CA 90084-5649 | Line **3.75** ☐ Not listed. Explain ____ | _ |
| 4.7 **Platinum Cargo Logistics** P.O. Box 2999 Phoenix, AZ 85062-2999 | Line **3.78** ☐ Not listed. Explain ____ | _ |

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ 33,115.80 |
| 5b. Total claims from Part 2 | 5b. + | $ 1,271,261.67 |
| 5c. Total of Parts 1 and 2 Lines 5a + 5b = 5c. | 5c. | $ 1,304,377.47 |

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest    **Consulting Agreement for services related to the asset purchase agreement between the Debtor and Icon Exhibits for payment of 13.3425% commission based on the performance payment under the asset purchase agreement.** | |
| State the term remaining | |
| List the contract number of any government contract | **Anthony Erpelding<br>3222 Thompson Ave<br>Alameda, CA 94501** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest    **Consulting Agreement for services related to the asset purchase agreement between the Debtor and Icon Exhibits for payment of 4.5633% commission based on the performance payment under the asset purchase agreement.** | |
| State the term remaining | |
| List the contract number of any government contract | **Kyle Wood<br>384 Randolph St<br>Napa, CA 94559** |

Debtor name **Delphi Productions, Inc. dba Group Delphi**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                            12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☑ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.2 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.3 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |
| 2.4 | _____ | Street _____ <br><br> City    State    Zip Code | _____ | ☐ D <br> ☐ E/F <br> ☐ G |

Fill in this information to identify the case:

Debtor name    **Delphi Productions, Inc. dba Group Delphi**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
   amended filing

Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy    04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | ☐ Operating a business<br>■ Other   **Gross Receipts-Business** | **$923,936.76** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | ☐ Operating a business<br>■ Other   **Gross Receipts-Business** | **$7,362,341.92** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Spark's Sales Incentive** | **$1,358,732.88** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Vendor refunds** | **$7,641.10** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **US Treasurey Refunds** | **$275,743.90** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **ACH Returns** | **$13,652.38** |
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Equipment Sales** | **$561,091.00** |

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 36 of 96

|  | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2022** to **12/31/2022** | **Financing** | **$134,000.00** |
| **For year before that:**<br>From **1/01/2021** to **12/31/2021** | **Payroll Tax and Benefit Refunds** | **$31,965.28** |

**Part 2:**    **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ■ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Justin Hersh**<br>**5901 Mazuela Dr**<br>**Oakland, CA 94611**<br>**President** | **9/28/22** | **$16,999.84** | **Wages for May through September** |
| 4.2. **Rachel Mee**<br>**221 The Uplands**<br>**Berkeley, CA 94705**<br>**CFO and Secretary** | **11/28/22** | **$7,271.63** | **Wages** |
| 4.3. **Justin Hersh**<br>**5901 Mazuela Dr**<br>**Oakland, CA 94611**<br>**President** | **5/5/2022** | **$6,802.14** | **Expense reimbursements for auction preparation expenses (labor, feed, debris waste)** |
| 4.4. **Justin Hersh**<br>**5901 Mazuela Dr**<br>**Oakland, CA 94611**<br>**President** | **8/12/22** | **$10,945.00** | **Expense reimbursement for Bay Area Debris** |
| 4.5. **Rachel Mee**<br>**221 The Uplands**<br>**Berkeley, CA 94705**<br>**CFO and Secretary** | **11/28/22** | **$3,029.70** | **Expense reimbursement** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 37 of 96

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| **Part 3:** | **Legal Actions or Assignments** |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| 7.1. **Royal Plywood Co, LLC vs. Delphi Productions, Inc, Justin Hersh**<br>**22CV011077** | **Complaint** | **Alameda County Superior Court**<br>**Rene C. Davidson Courthouse**<br>**Oakland, CA** | ☐ Pending<br>☐ On appeal<br>■ Concluded |
| 7.2. **Moore-Newton Quality Hardwoods, Corp vs. Delphi Productions dba Group Delphi**<br>**22CV008107** | **Breach of Contract** | **Alameda County Superior Court**<br>**Rene C. Davidson Courthouse**<br>**Oakland, CA** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 38 of 96

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| | | | |

| **Part 6:** | **Certain Payments or Transfers** |

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Kornfield, Nyberg, Bendes, Kuhner & Litt**<br>**1970 Broadway, Ste 600**<br>**Oakland, CA 94612** | **Attorney Fees and court filing fee** | **8/25/2022 and 1/26/2023** | **$8,338.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Kornfield, Nyberg, Bendes, Kuhner & Litt**<br>**1970 Broadway, Ste 600**<br>**Oakland, CA 94612** | **Attorney Fees and costs for pre-filing matters** | **February 2022 to August 2022** | **$11,383.50** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
| | | | |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer?<br>Address | Description of property transferred or<br>payments received or debts paid in exchange | Date transfer<br>was made | Total amount or<br>value |
|---|---|---|---|---|
| 13.1. | **Muse & Co. Outdoors**<br>**737 2nd Street**<br>**Berkeley, CA 94705** | **2014 International 4000 Series 4300 Box Truck** | **May 2022** | **$20,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.2. | **David R. Casey**<br>**1021 Nowita Place**<br>**Venice, CA 90291** | **Bridge Picture** | **4/5/22** | **$50.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.3. | **Muse & Co. Outdoors**<br>**737 2nd Street**<br>**Berkeley, CA 94705** | **2015 Ford F-150** | **May 2022** | **$25,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.4. | **Sterling Art Services**<br>**1558 7th Street**<br>**Berkeley, CA 94705** | **Misc Equipment: tables, carts, mules, shelf, copier, file cabinest, router jig, metal moullding racks, fireproof trash can, paper, foam rolls, sheet cardboard, fireproof cabines, acrylic, dibond, gator and substrates** | **2/16/22** | **$25,000.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.5. | **Brian Garber**<br>**3028 Capp Street**<br>**Oakland, CA 94602** | **220 ft sq cork flooring** | **3/14/22** | **$660.00** |
| | Relationship to debtor<br>**none** | | | |
| 13.6. | **One Hat One Hand**<br>**1335 Yosemite Ave**<br>**San Francisco, CA 94124** | **Welding tables and clamp, misc cabinest, drying racks** | **3/17/22** | **$22,600.00** |
| | Relationship to debtor<br>**none** | | | |

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.7. | Muse & Co. Outdoors 737 2nd Street Berkeley, CA 94705 | clamps, Festool dust extractor, Festool compact cleaning set, Festool Domino joining machine, Festool eccentric sander, replacement version of Jet Rill Press, Forstner set, Freud precision sheet, powermatic table saw, small delta bank saw, large drill press, bosch chop saw, ganner hinge boring machine, baleigh drill press, bridgport mill, horizontal metal band saw station, Baleigh pipe bender, tapping mcahine with articulating arm, one person genie lift | 3/17/22 | $15,978.00 |
| | **Relationship to debtor** none | | | |
| 13.8. | Muse & Co. Outdoors 737 2nd Street Berkeley, CA 94705 | Router table, personal tool carts, work bench, furniture pads, material carts (large and small) drying racks, cabinet, desk, stool Festool body shop kit, paint spray cans, Sata paint gun, masking cart, paper rack, sandpaper and tap, paint shaker, standing lights, porter cable routers | 3/17/22 | $13,908.00 |
| | **Relationship to debtor** none | | | |
| 13.9. | James Looney 1909 W 600N Topinabee, MI 49791 | Columbian vice, bessey suction clamps, corian glue guns, 6 charis, printer, air hoses | 5/13/22 | $700.00 |
| | **Relationship to debtor** none | | | |
| 13.10. | Chabot Space and Science Center 1000 Skyline Blvd Oakland, CA 94619 | Festool edge router, Festool router, Festool track saw, Tormek sharpening system, oily waste can, Burr King 760, Art print, storage bins, 2 boxes LED sheets | 3/21/22 | $3,815.00 |
| | **Relationship to debtor** none | | | |
| 13.11. | Sam Kapana Oakland, CA 94611 | Loveseat, chair, mini fridge, hutch 3 prints | 4/7/22 | $150.00 |
| | **Relationship to debtor** | | | |
| 13.12. | Machinery Max PO box 1033 Ripon, CA 95366 | Items sold through auction See attached items, payments to seller, secured payments, etc. | 5/16/22 | $480,842.50 |
| | **Relationship to debtor** | | | |

Case: 23-40475   Doc# 1   Filed: 04/25/23   Entered: 04/25/23 11:47:45   Page 41 of 96

| Part 7: | Previous Locations |
|---|---|

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

15. **Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | Personally Identifiable Information |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
|---|---|

18. **Closed financial accounts**

Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?

Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|---|
| 18.1. | **1st Source Bank** **Fort Wayne, IN** | **XXXX-5792** | ■ Checking<br>☐ Savings<br>☐ Money Market<br>☐ Brokerage<br>☐ Other___ | 6/30/22 | $2,733.20 |

19. **Safe deposit boxes**

List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 42 of 96

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**

List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| **Alameda Point Storage 50 W. Oriskany Ave Alameda, CA 94501** | **Justin Hersh** | **Business records** | ☐ No ■ Yes |

| Part 11: | Property the Debtor Holds or Controls That the Debtor Does Not Own |
|---|---|

21. **Property held for another**

List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**Part 13:  Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Rachel Mee<br>221 The Uplands<br>Berkeley, CA 94705** | **2017-2022** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **Carr, Riggs & Ingram, LLC<br>3626 Memorial Parkway, SW<br>Huntsville, AL 35801** | **2015-2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Rachel Mee<br>221 The Uplands<br>Berkeley, CA 94705** | **Lost ERP access in early 2022.  Was still working on closing 2021.  Limited electronic recordkeeping, paper copies and deposits and vendor statements** |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **1st Source Bank<br>Fort Wayne, IN** |

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Justin Hersh | 5901 Mazuela Dr<br>Oakland, CA 94611 | CEO | 100% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Rachel Mee | 221 The Uplands<br>Berkeley, CA 94705 | CFO and Secretary | 0 |

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No

■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Katherine Bottrell | 6650 Los Gatos Rd<br>Atascadero, CA 93422 | VP of Marketing-0% | August 2015 to February 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Gerald Grieser | 203 N. Juanita Ave, Unit F<br>Redondo Beach, CA 90277 | Director Museum Business Development-0% | August 2014 to February 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael Rothberg | 4339 Edgewood Ave<br>Oakland, CA 94602 | Director of Operations-0% | November 2019-January 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Brenda Sharp | 2655 Minert Road<br>Concord, CA 94518 | Director of Fine Arts-0% | April 2001 to February 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Andrew McCune | 3931 126th St<br>San Francisco, CA 94131 | Director of Architecture-0% | March 2021 to January 2022 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Miguel Sedano | 5028 Mozart Dr<br>El Sobrante, CA 94803 | Seniro Director of Digital Marketing-0% | August 2021 to January 2022 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

Case: 23-40475    Doc# 1    Filed: 04/25/23    Entered: 04/25/23 11:47:45    Page 45 of 96

☐ No
■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | Justin Hersh<br>5901 Mazuela Dr<br>Oakland, CA 94611<br><br>**Relationship to debtor**<br>President | $6,802.41 | 5/5/2022 | Expense reimbursements for auction preparation expenses (labor, food, debris waste) |
| 30.2. | Justin Hersh<br>5901 Mazuela Dr<br>Oakland, CA 94611<br><br>**Relationship to debtor**<br>President | $10,945.00 | 8/12/2022 | Expense reimbursement for Bay Area Debris |
| 30.3. | Justin Hersh<br>5901 Mazuela Dr<br>Oakland, CA 94611<br><br>**Relationship to debtor**<br>President | $16,999.84 | May through September 2022 | Wages |
| 30.4. | Rachel Mee<br>221 The Uplands<br>Berkeley, CA 94705<br><br>**Relationship to debtor**<br>CFO and Secretary | $7,271.63 | 11/28/22 | Wages t |
| 30.5. | Rachel Mee<br>221 The Uplands<br>Berkeley, CA 94705<br><br>**Relationship to debtor**<br>CFO and Secretary | $3,029.70 | 11/28/22 | Expense reimbursement |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☐ No
■ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| **Fidelity Investments 401(k) [terminated]** | **EIN:** |
| **Mass Mutual 401(k) plan [terminated]** | **EIN:** |

**Part 14:**  **Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **4/13/2023**

**/s/ Justin Hersh**                     **Justin Hersh**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor    **CEO**

Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?
☐ No
☑ Yes

| | Machinery Max | |
|---|---|---|
| | Auction Name Group Delphi | |
| Lot # | Description | Closed $ |
| 341 | Lot of 15 Chairs | $ 36.00 |
| 415 | Two (2) DeWalt Power Drills | $ 25.00 |
| 477 | Hilti "TE 5A" Cordless Hammer Drill | $ 105.00 |
| 486 | Hardin "HD-6200" Polisher | $ 31.00 |
| 511 | Milwaukee "Hammer Drill" with carrying case | $ 22.00 |
| 513 | Ridgid "R6790" Screwgun with Carrying Case | $ 31.00 |
| 518 | LOT OF (3) Milwaukee Drills | $ 52.00 |
| 436 | Rolair "VT25BIG" Air Compressor System | $ 275.00 |
| 443 | DeWalt "DWS780" Compound Miter Saw with DeWalt "DWX723" Miter Saw Stand | $ 373.00 |
| 241 | Hanging Metal Storage Racks - as pictured | $ 110.00 |
| 317 | Porter Cable "314" Trim Saw & Case | $ 235.00 |
| 318 | Bosch "GLL3-300" 360 Degree Leveling Laser tool & Case | $ 230.00 |
| 398 | Lot of LED Strip Lights | $ 465.00 |
| 706 | Minuteman "C42000-01" Floor Fan | $ 95.00 |
| 888 | Apple MacBook Air & Pro | $ 585.00 |
| 910 | Two (2) Bosch Line Laser Receivers and Hole Drill Set | $ 145.00 |
| 1029 | Pallet of New Cardboard | $ 37.00 |
| 1075 | Keysco "78015" Prep Station (New in Box) | $ 135.00 |
| 929 | 3M "Accuspray" Atomizing Heads & Cart | $ 61.00 |
| 1026 | Plastic Shop Cart and Electrical Extension Cords | $ 72.53 |
| 673 | Delta "14-040" Drill Press - 14" | $ 151.00 |
| 618.00 | Four (4) ELO 32" Touchscreen Digital Signs | $ 200.00 |
| 778 | (6) Folding Tables | $ 235.00 |
| 853 | Contents of Server Room - as pictured | $ 250.00 |
| 52 | Allsource "41500" Blast Cabinet | $ 725.00 |

| 372 | Packaging Swagger | $ | 80.00 |
|------|-------------------|---|--------|
| 440 | Skilsaw "SPT77W" Saw | $ | 110.00 |
| 475 | Metabo "RBE 12-180" Tube/Pipe Sander | $ | 265.00 |
| 476 | FAR "KJ40" Pneumatic Blind Rivot Tool Kit | $ | 260.00 |
| 507 | Bosch "Bulldog" Power Drill with Carrying case | $ | 70.00 |
| 522 | Milwaukee "Hole Hog" 1/2" Drill | $ | 115.00 |
| 580 | Weller Soldering Iron & Acc. | $ | 31.01 |
| 133 | Stack Racks | $ | 151.00 |
| 134 | Stack Racks | $ | 850.00 |
| 137 | Stack Racks | $ | 435.00 |
| 138 | Stack Racks | $ | 1,100.00 |
| 139 | Stack Racks | $ | 900.00 |
| 140 | Stack Racks | $ | 160.00 |
| 141 | Stack Racks | $ | 155.00 |
| 143 | Stack Racks | $ | 160.00 |
| 148 | Stack Racks | $ | 850.00 |
| 149 | Stack Racks | $ | 160.00 |
| 150 | Stack Racks | $ | 525.00 |
| 152 | Stack Racks Bars 59"L - Qty (180) | $ | 1,125.00 |
| 311 | Bosch "JS470E" Jig Saw & Case | $ | 75.00 |
| 990 | Assortment of Shop Supplies | $ | 27.00 |
| 1023 | Assortment of Shop Supplies | $ | 34.00 |
| 246 | Sawstop "T-Glide" 52" Extension Table - NIB | $ | 50.00 |
| 366 | Rolling Cart | $ | 50.00 |
| 187 | Rapz Banding Cart & Tools | $ | 170.00 |
| 452 | Wacker Neuson "WP1550AW" Asphalt Compactor (New, Never Used) | $ | 1,750.00 |
| 367 | Mackie "1202-VLZPRO" 12 Channel Mic/Line Mixer | $ | 190.00 |
| 699 | Yale "GLC050" Forklift - LP Gas | $ | 4,000.00 |
| 76 | Pallet Racking - (6) Sections | $ | 110.00 |
| 98 | Lot of MDF  Sheet Goods QTY (25) | $ | 2,250.00 |

| | | | |
|---|---|---|---:|
| 132 | Display Case On Wheels | $ | 211.00 |
| 157 | Lot of Various Sheet Goods | $ | 1,000.00 |
| 160 | Lot of Various Sheet Goods | $ | 50.00 |
| 165 | Wesco Pressue Clamp Lifter | $ | 75.00 |
| 170 | (3) Carts, (2) Cones & (1) Saw horse | $ | 150.00 |
| 251 | Cabinet & Misc. Supplies - as pictured | $ | 80.00 |
| 298 | Steel I-Beam Cart on Castors | $ | 160.00 |
| 338 | Lot of 15 Chairs | $ | 41.00 |
| 392 | Lot of Office Chairs | $ | 411.00 |
| 393 | Lot of Office Chairs | $ | 411.00 |
| 411 | Heavy Duty Rolling Cabinet | $ | 425.00 |
| 418 | Three (3) Storage Cabinets | $ | 410.00 |
| 419 | Edgebanding | $ | 655.00 |
| 424 | Bosch "DH1020VC" Demolition Hammer | $ | 526.00 |
| 425 | Hilti "MX-72" Automatic Powder Actuated Nailer | $ | 265.00 |
| 434 | Malta Dynamics "C8000 Razorback" 20' Lifeline (New in Box) | $ | 195.00 |
| 439 | Parkit360 "Force Series" Trailer Dolley | $ | 950.00 |
| 451 | Husqvarna "FS400LV" Heavy Duty Concrete Saw (New, Never Used) | $ | 1,250.00 |
| 577 | Extension Cords - as pictured | $ | 211.00 |
| 592 | Pallet of Aluminum Sheets | $ | 250.00 |
| 654 | Self Dumping Hopper - on wheels | $ | 500.00 |
| 659 | Lockers & Parts Bin | $ | 95.00 |
| 718 | Rolling Shop Carts - Qty (2) | $ | 67.00 |
| 739 | Carts, Contents & More | $ | 80.00 |
| 741 | Self Dumping Hopper - on wheels | $ | 460.00 |
| 747 | Self Dumping Hopper - on wheels | $ | 460.00 |
| 770 | Laminate & Maple Veneer Sheets per photos | $ | 100.00 |
| 771 | Acrylic, Melamine & OSB | $ | 42.00 |
| 1042 | Metal Storage Cabinet | $ | 11.00 |
| 41 | Milwaukee "4262-1" Magnetic Base Drill | $ | 525.00 |

| | | | |
|---|---|---|---:|
| 523 | LOT of (3) Rivot Tools with Accessories | $ | 26.00 |
| 653 | TPI & Triangle Barrel Fans | $ | 110.00 |
| 87 | Lot of SIntra White  Sheet Goods QTY (37) | $ | 130.00 |
| 274 | Sheets of Acrylic - as pictured | $ | 235.00 |
| 401 | Large Assortment of Sandpaper Discs | $ | 135.00 |
| 437 | Makita "5402NA" Circular Saw | $ | 400.00 |
| 579 | Lead Weights | $ | 220.00 |
| 612 | Miscellaneous items - as pictured | $ | 51.00 |
| 788 | Lot of Solid Surface as pictured | $ | 410.00 |
| 810 | Jelco "JECFP32" Shipping Cases - Qty (2) | $ | 26.00 |
| 56 | Evans "5010" Laminate Slitter | $ | 300.00 |
| 585 | Steel Storage Racks - Qty (2) | $ | 160.00 |
| 203 | (2) Fiberglass Ladders | $ | 150.00 |
| 362 | Lot of Rolling Carts | $ | 50.00 |
| 371 | Lot of Builders Paper | $ | 80.00 |
| 377 | Magnapex "1000" Vacuum Mount Laminating Heat Press Sealer | $ | 250.00 |
| 408 | Five (5) Rollers | $ | 56.00 |
| 447 | Global Shop Cart | $ | 41.00 |
| 481 | Two (2) LED Flood Lights with Stands | $ | 85.00 |
| 574 | Carts & Saw Horses | $ | 25.00 |
| 660 | Extension Cords & Power Strips | $ | 66.00 |
| 748 | Shop Carts - Qty (3) | $ | 135.00 |
| 752 | Pallet Jack | $ | 150.00 |
| 784 | Panel Carts - Qty (4) | $ | 25.00 |
| 830 | Monitors | $ | 880.00 |
| 892 | (2) HP Laptops | $ | 105.00 |
| 896 | (2) Microsoft Surface | $ | 382.00 |
| 898 | Microsoft Surface & Dell Laptops | $ | 171.00 |
| 1015 | Air Lines and Fittings | $ | 10.00 |
| 1039 | U-Line Packaging Materials and Tools | $ | 11.00 |
| 1048 | Three (3) Fans | $ | 10.00 |
| 501 | Bosch "Hammer Drill with Case and Accessories" | $ | 70.00 |

| | | | |
|---|---|---|---:|
| 521 | DeWalt "DW682" Plate Joiner | $ | 46.00 |
| 557 | Optomo "201808" Flat Panel Interactive Monitor | $ | 410.00 |
| 715 | Hand Carts - Qty (2) | $ | 25.00 |
| 834 | A/V Equipment in area | $ | 100.00 |
| 840 | Contents of (2) Offices | $ | 50.00 |
| 887 | (2) HP Laptops | $ | 287.00 |
| 949 | LG Monitors - Qty (4) | $ | 131.00 |
| 983 | Shop Cart | $ | 10.00 |
| 1014 | Extension Cords and Power Strips | $ | 10.00 |
| 485 | Two (2) Pneumatic Screw Guns | $ | 26.00 |
| 738 | Metro "Deja New" Flooring | $ | 120.00 |
| 15 | Rockwell "34-466" Table Saw | $ | 1,250.00 |
| 35 | MHC "4816" Brake Press | $ | 325.00 |
| 38 | Grizzly Precision Foot Shear | $ | 1,200.00 |
| 43 | Shop Press 20 Ton | $ | 270.00 |
| 44 | Shop Cart & Metal Working Fixtures | $ | 365.00 |
| 74 | Cox Reels "SH-N-350-BP" Air Hose Reel | $ | 100.00 |
| 93 | Lot of White Sintra Sheet Goods QTY (14) | $ | 65.00 |
| 102 | Lot of White SIntra Sheet Goods | $ | 55.00 |
| 106 | Lot of Black and White SIntra and Signboard Sheet Goods | $ | 220.00 |
| 111 | Lot of Various Acrylic Sheet Goods QTY (27) | $ | 420.00 |
| 112 | Lot of Various Acrylic Sheet Goods QTY (62) | $ | 110.00 |
| 184 | U-Line "H-1043" Pallet Jack | $ | 310.00 |
| 240 | Lot of Ladders - Qty (3) | $ | 31.00 |
| 295 | Steel Carts on Castors - Qty (4) | $ | 150.00 |
| 320 | Kaeser Compressor "KRD-050" Refrigerated Air Dryer, Tank Mounted | $ | 925.00 |
| 321 | Kaeser Compressor "SX6" Rotary Screw Air Compressor | $ | 1,851.00 |
| 323 | Stanley Vidmar Rolling Tool Box with Interior Contents Included | $ | 440.00 |
| 324 | Rolling Tool Box with Interior Contents | $ | 520.00 |
| 325 | General International "10-105M1" Dust Collector | $ | 190.00 |
| 328 | Dewalt "DW708" Sliding Compound Miter Saw Station | $ | 140.00 |

| | | | |
|---|---|---|---|
| 336 | Shop Cart | $ | 100.00 |
| 346 | Lot of Rolling Carts | $ | 96.00 |
| 361 | Lot of Rolling Carts | $ | 65.00 |
| 423 | Epoxy Guns with Cartridges and Accessories | $ | 125.00 |
| 479 | Two (2) Metabo Hand Grinders | $ | 160.00 |
| 494 | Stanley Vidmar Tool Box with Contents in Drawers | $ | 600.00 |
| 512 | Bosch Router with Accessories and Carrying Case | $ | 65.00 |
| 537 | Porter Cable "7301" Laminate router kit with accessories and carrying case | $ | 34.00 |
| 563 | Acoustic Panels - 48" x 48" - Qty (15) | $ | 76.00 |
| 597 | Metal Shop Cart with Contents | $ | 111.00 |
| 668 | HD Electrical Cords & Case | $ | 55.00 |
| 674 | Contents of Room - Electrical Parts & Wire | $ | 160.00 |
| 681 | Acrylic & Aluminum Sheets | $ | 250.00 |
| 682 | Aluminum, Steel & Expanded Metal Sheets | $ | 235.00 |
| 684 | Steel Cart | $ | 25.00 |
| 705 | Uline Foam on Pallet as pictured | $ | 80.00 |
| 713 | Appliance Dolly & Hand Cart | $ | 135.00 |
| 732 | (2) Carts & Contents + Foam Roll as pictured | $ | 280.00 |
| 760 | Hardboard & OSB | $ | 25.00 |
| 787 | Acrylic & Cart | $ | 56.00 |
| 789 | Welding Screens - Qty (2) | $ | 111.00 |
| 797 | Porter Cable Router Bases - Qty (3) | $ | 25.00 |
| 803 | Bamboo Desk & Trim Pieces | $ | 32.00 |
| 851 | Justrite "12 GAL" Flammable Storage Cabinet | $ | 105.00 |
| 854 | (2) Bikes & Bike Rack 120"L | $ | 160.00 |
| 1022 | Box of Microfiber Cloths (New in Box) | $ | 100.00 |
| 1027 | Plastic Storage Crate | $ | 66.00 |
| 1045 | Johnson Bar | $ | 111.00 |
| 1073 | Wooden Shop Cart and Contents | $ | 22.00 |
| 666a | HD Electrical Cords & Case | $ | 55.00 |
| 906 | Assortment of Tools | $ | 95.00 |

| | | | |
|---|---|---|---|
| 51 | Eastwood "28135" Bender | $ | 100.00 |
| 53 | (4) Stands | $ | 31.00 |
| 75 | Pallet Racking - (1) Section | $ | 130.00 |
| 79 | MDF Ultra Light Sheet Goods QTY (75) | $ | 3,050.00 |
| 89 | Lot of Maple Ply Sheet Goods QTY (34) | $ | 1,550.00 |
| 97 | Lot of Luan  Sheet Goods QTY (79) | $ | 1,500.00 |
| 121 | Pallet Racking - (2) Sections | $ | 925.00 |
| 125 | Lot of Foam Sheets | $ | 410.00 |
| 151 | Stack Racks | $ | 50.00 |
| 183 | Lot of Uline Craft Paper | $ | 160.00 |
| 195 | Lot of Exhaust Pads and Dust Block Panels | $ | 121.00 |
| 198 | H/D Fiberglass Exhaust PAds - 20" x 25" x 2.5" | $ | 160.00 |
| 199 | Lot of Diffusion intake panel links | $ | 116.00 |
| 201 | Jet "AFS-1000B" Electrostatic Outer Filters | $ | 60.00 |
| 206 | (2) Fiberglass Ladders  - 16' | $ | 155.00 |
| 207 | (2) Fiberglass Ladders  - 16' & 6' | $ | 82.00 |
| 210 | Hafele Pro Drying Rack | $ | 410.00 |
| 211 | Hafele Pro Drying Rack | $ | 430.00 |
| 217 | Shop Cart - 30" x 59" | $ | 80.00 |
| 227 | Lot of Tape in Cabinet - as pictured | $ | 160.00 |
| 244 | Justrite "25042" Flammable Liquid Storage Cabinet | $ | 75.00 |
| 278 | Lot of Misc Tools and Supplies on Cart - as pictured | $ | 75.00 |
| 280 | Lot of Misc Tools and Supplies - as pictured | $ | 145.00 |
| 299 | Kalmar AC "P 60BXH" Forflift - LP Gas | $ | 8,101.00 |
| 352 | Lot of Ladders | $ | 55.00 |
| 353 | Lot of Ladders | $ | 85.00 |
| 355 | Lot of Air Supplies | $ | 281.00 |
| 359 | Lot of Misc tools and supplies | $ | 161.00 |
| 360 | Lot of Rolling Carts | $ | 75.00 |
| 363 | Lot of Rolling Carts | $ | 55.00 |
| 374 | Tool Box With Contents | $ | 460.00 |
| 413 | Three (3) Roller Stands | $ | 25.00 |

| | | | |
|---|---|---|---:|
| 445 | Louisville Ladder (New, Never Used) | $ | 101.00 |
| 450 | Miscellaneous Hand Tools | $ | 15.00 |
| 497 | Lista International Tool Box with Contents in Drawers | $ | 320.00 |
| 498 | Milwaukee "6236" Hand-Held Bandsaw | $ | 110.00 |
| 528 | 5-piece Safety Kit | $ | 13.00 |
| 540 | Lista International Tool Box with Contents in Drawers | $ | 311.00 |
| 548 | Knaack Tool Cart | $ | 120.00 |
| 549 | Knaack Tool Cart | $ | 166.00 |
| 550 | Knaack Tool Cart | $ | 136.00 |
| 553 | Scrap Bins on Castors - Qty (3) | $ | 25.00 |
| 593 | Pallet of Birch Plywood | $ | 1,150.00 |
| 635 | First Aid Kit | $ | 16.00 |
| 678 | Hardware on Table | $ | 130.00 |
| 751 | Shop Carts - Qty (2) | $ | 50.00 |
| 766 | (2) 1/2 Ton Electric Chain Falls & Controller | $ | 726.00 |
| 767 | (2) 1/2 Ton Electric Chain Falls & Controller | $ | 850.00 |
| 779 | Melcher Ramps | $ | 181.00 |
| 791 | Metal Carts & Contents - as pictured | $ | 95.00 |
| 804 | Cart & Contents, Chair & Hand Cart | $ | 26.00 |
| 844 | Contents of Breakroom | $ | 150.00 |
| 870 | (2) Pallets of Racking | $ | 284.00 |
| 911 | Assortment of Tools | $ | 87.01 |
| 925 | Vacuum Pump, Body Tools & Cart | $ | 94.26 |
| 926 | Lista Tool Box & Contents | $ | 235.00 |
| 978 | Exair "Drum Vac" Reversible - as pictured | $ | 25.00 |
| 979 | Assortment of Hand Tools | $ | 95.00 |
| 986 | Assortment of Fasteners and Hardware | $ | 10.00 |
| 992 | Assortment of Buffing Pads | $ | 41.00 |
| 1002 | Assortment of Shop Supplies | $ | 10.00 |
| 1008 | Assortment of Shop Supplies | $ | 10.00 |
| 1028 | U-Line Plastic Shop Cart | $ | 75.00 |
| 1032 | Metal Shop Cart | $ | 30.95 |

| | | | |
|---|---|---|---|
| 1054 | Assortment of Router Bits and Saw Blades | $ | 225.00 |
| 1059 | Miscellaneous Shop Supplies | $ | 13.00 |
| 1064 | Three (3) Plastic Shop Carts | $ | 81.00 |
| 1065 | U-Line "H-1199" Mail Cart | $ | 33.00 |
| 1071 | Assortment of Motors and Tools | $ | 100.00 |
| 878 | Ford "F150" Pick-up Truck - Long Bed | $ | 4,000.00 |
| 879 | Ford "F150" Pick-up Truck - Long Bed | $ | 7,400.00 |
| 20 | Evans "0206" Pinch Roller | $ | 525.00 |
| 499 | Skilsaw Circular Saw | $ | 105.00 |
| 514 | Senco "42XP" Finish Nailer with carrying case | $ | 46.00 |
| 524 | LOT of (3) Senco Staplers | $ | 231.00 |
| 36 | Steel Slip Roller | $ | 600.00 |
| 233 | Makita "9237C" 7" Buffer/Polisher | $ | 150.00 |
| 430 | Metabo HPT "NV65AH2" Coil Nailer (New in Box) | $ | 245.00 |
| 433 | Metabo HPT "NV45AB2" Coil Nailer (New in Box) | $ | 235.00 |
| 466 | Four (4) 50' Air Hoses (New, Never Used) | $ | 160.00 |
| 510 | Milwaukee "Power Drill" with carrying case | $ | 111.00 |
| 515 | Powertec "27 Heavy Duty Extension Roller" | $ | 11.00 |
| 640 | (12) Midwest Motion "24 VDC" Electric Motors | $ | 50.00 |
| 572 | Master Airbrush kit & More as pictured | $ | 86.00 |
| 740 | Cart & Contents | $ | 310.00 |
| 774 | Cor-A-Vent Sturdi-Batten | $ | 26.00 |
| 69 | Eagle "1945" Flammable Storage Cabinet - 45 Gal. | $ | 775.00 |
| 71 | Eagle "1945" Flammable Storage Cabinet - 45 Gal. | $ | 775.00 |
| 478 | Two (2) Makita and Porter Cable Belt Sanders | $ | 36.00 |
| 484 | Two (2) Senco "SLP-20" Nailers | $ | 31.00 |
| 527 | LOT of (4) Senco Staple Guns | $ | 121.00 |
| 314 | Senco "SLS18Mg" Finish Stapler & Case | $ | 37.00 |
| 417 | David White Tripod | $ | 26.00 |
| 544 | Steel Storage Racks - Qty (2) | $ | 151.00 |
| 590 | Pallet of Acrylic Sheets | $ | 208.00 |
| 591 | Pallet of Acrylic Sheets | $ | 350.00 |

| | | | |
|---|---|---|---|
| 595 | Pallet of Acrylic Sheets | $ | 205.00 |
| 603 | SEAL "62 Pro S" Single Heated Laminator | $ | 411.00 |
| 644 | (2) Dephen LED Corn Lights | $ | 41.00 |
| 786 | (10) Sheets 1/8" x 4' x 8' Acrylic & Cart | $ | 339.00 |
| 1034 | Box of Disposable Paper/Fabric Sheets | $ | 10.00 |
| 1055 | TBD | $ | 10.00 |
| 812 | Apple Computers & Overlay Kits | $ | 100.00 |
| 815 | Fend-All "Portastream" Emergency Eyewash Station | $ | 35.00 |
| 10 | Kundig "Uniq200" Edgesander | $ | 13,550.00 |
| 547 | Fend-All "Portastream" Emergency Eyewash Station" | $ | 130.00 |
| 658 | Shop Vacuums - Qty (4) | $ | 100.00 |
| 790 | Shop Vacuums - Qty (4) | $ | 150.00 |
| 800 | GE "Profile PDT145SSLSS" Dish Washer - Compact | $ | 500.00 |
| 963 | LG "QHD 32QN600" Monitor - 31.5" NIB | $ | 135.00 |
| 982 | Folding Table | $ | 18.00 |
| 16 | Rockwell "10 Inch" Bandsaw & Baldor Buffer/Grinder | $ | 400.00 |
| 220 | Lot of Pedestal Shop Fans - Qty (3) | $ | 65.00 |
| 458 | Astro Pneumatic Tool "1442" 13" Hand Rivet Nut Setter Kit | $ | 25.00 |
| 872 | Shipping Container & Metal & Aluminum contents | $ | 1,500.00 |
| 3 | Striebig "Compact 4164" Vertical Panel Saw | $ | 11,250.00 |
| 52 | Marsh "TD2100" Tape Dispensers - Qty (3) | $ | 310.00 |
| 421 | Two (2) 3M Easy 250 PUR Applicators | $ | 210.00 |
| 689 | (3) Fiberglass Ladders | $ | 60.00 |
| 695 | Pallet Racking - (5) Sections | $ | 26.00 |
| 701 | Marsh "TD2100" Tape Dispenser & Hacona "C320" Sealer | $ | 100.00 |
| 716 | Stackable Chairs - Qty (16) | $ | 36.00 |
| 725 | Tables & Chairs | $ | 60.00 |
| 775 | Knack Rolling Tool Box & Contents | $ | 435.00 |
| 827 | Ricoh "MP CW2201SP" Large Scale Printer/Plotter | $ | 2,151.00 |
| 867 | Nordfab Quick-fit & Spiral Dust Pipe | $ | 626.00 |
| 871 | Shipping Container & Mezzanine Deck inside | $ | 1,050.00 |
| 1047 | FTM Thermoplastic Heating Table | $ | 273.00 |

| | | | |
|---|---|---|---|
| 301 | Adler "BHM-56" Lipping Planer & Case | $ | 680.00 |
| 306 | Festool "DF 700 EQ" Domino Joiner & Systainer | $ | 1,101.00 |
| 848 | Contents of Office | $ | 200.00 |
| 937 | Contents of Office as pictured | $ | 150.01 |
| 303 | Fein "FMM350QSL" MultiMaster Tool & Case | $ | 75.00 |
| 176 | Murphy Bed | $ | 510.00 |
| 305 | LaserMark "LM-400" Leveling Laser & Case | $ | 105.00 |
| 414 | Porter Cable "352VS" Variable Speed Belt Sander | $ | 51.00 |
| 472 | Jet "AFS-1000B" Air Filtration Unit | $ | 255.00 |
| 533 | Porter Cable "352VS" Variable Speed Belt Sander | $ | 90.00 |
| 909 | Central Pneumatic Spray Gun and Two (2) Bosch Line Laser Receivers | $ | 105.00 |
| 1038 | Wooden Trade Show Case | $ | 10.00 |
| 404 | Ridgid "R4030" Tile Saw and Stand | $ | 175.00 |
| 516 | Master Appliance Lot of (2) HG-751B Heat Guns | $ | 140.00 |
| 602 | (38) Rolls of Photographic Film | $ | 25.00 |
| 955 | LG Monitors - Qty (4) | $ | 181.00 |
| 964 | LG "QHD 32QN600" Monitor - 31.5" NIB | $ | 140.00 |
| 319 | Makita 90° Drill, Porter Cabler Stapler & Milwaukee Hole Saws & Cases | $ | 95.00 |
| 1024 | Plastic Shop Cart | $ | 10.00 |
| 5 | SawStop "ICS53230" Table Saw | $ | 3,700.00 |
| 46 | Drill Press - 14" Swing | $ | 25.00 |
| 410 | Work Bench | $ | 11.00 |
| 92 | Lot of Bend Board Sheet Goods QTY (51) | $ | 360.00 |
| 118 | Lumber Contents on Rack - No Rack | $ | 725.00 |
| 192 | (3) Rolling Carts | $ | 205.00 |
| 221 | Porter Cable "690LR" Plunge Router & Case | $ | 75.00 |
| 304 | Milwaukee "Hole Hog" 1/2" Drill & Case | $ | 225.00 |
| 399 | Lot of LED Strip Lights | $ | 135.00 |
| 400 | Porter Cable "7539" Plunge Router | $ | 111.00 |
| 402 | Porter Cable "7539" Plunge Router | $ | 100.00 |
| 517 | Porter Cable "7539" Plunge Router | $ | 120.00 |
| 536 | Porter Cable Router with Carrying Case | $ | 93.00 |

| | | | |
|---|---|---|---|
| 539 | Porter Cable Router with Carrying Case | $ | 80.00 |
| 698 | Uline Soft Foam & Cabinets | $ | 150.00 |
| 798 | Porter Cable Router Bases - Qty (4) | $ | 25.00 |
| 875 | Loading Ramps, Forks & Barrel Clamp | $ | 290.00 |
| 632 | Assortment of Pipe Clamps | $ | 70.00 |
| 8 | TigerStop "TS-10" Stop Gauge & Pusher System | $ | 3,850.00 |
| 108 | Lot of 4' x 8' Sheets and Solid Surface | $ | 1,050.00 |
| 110 | Lot of Misc Sheet Goods | $ | 110.00 |
| 114 | Lot of Misc Corian | $ | 975.00 |
| 174 | Lot of Finishing Supplies | $ | 160.00 |
| 193 | Paper Dispenser, Scaffold & Drying Rack | $ | 80.00 |
| 209 | Hafele Pro Drying Rack | $ | 410.00 |
| 228 | Lot of Solid Surface & Paint Supplies | $ | 160.00 |
| 454 | Porter Cable "C2002" Air Compressor | $ | 50.00 |
| 587 | Laminate/Sheet Goods in Rack - No Rack | $ | 105.00 |
| 762 | Tarps - as pictured | $ | 30.00 |
| 785 | Metal Cart & Contents | $ | 120.00 |
| 799 | Triton "TSPSSP650" Spindle Sander - Oscillating | $ | 85.00 |
| 866 | Lot of Various Supplies | $ | 101.00 |
| 899 | (2) HP Laptops | $ | 170.00 |
| 939 | Apple Computer | $ | 435.00 |
| 1066 | Metal Shop Cart | $ | 30.95 |
| 37 | Portable Oxygen Hydrogen Water Welder Flame Polishing Machine | $ | 165.00 |
| 83 | Russian Birch Europly  Sheet Goods QTY (15) - 3/4" x 60" x 120" | $ | 2,000.00 |
| 85 | Russian Birch Europly  Sheet Goods QTY (6) | $ | 1,050.00 |
| 191 | Contents of Rack - No Rack | $ | 25.00 |
| 230 | Lot of Festool & Klingspor Sanding Discs - as pictured | $ | 310.00 |
| 282 | Lumber in Rack - No Rack - as pictured | $ | 161.00 |
| 428 | Senco "FinishPro 35MG" Nailer (New, Never Used) | $ | 143.00 |
| 636 | Come-Alongs and Chains | $ | 75.00 |
| 696 | Keen Cut "Excalibur L5735" Cutting Machine | $ | 275.00 |
| 714 | Hand Carts - Qty (2) | $ | 31.00 |

| | | | |
|---|---|---|---|
| 783 | Self Dumping Hopper - on wheels | $ | 500.00 |
| 807 | (2) Fiberglass Ladders | $ | 55.00 |
| 889 | Apple MacBook Air & Pro | $ | 600.00 |
| 914 | Wheelbarrow and Two (2) Gas Cans | $ | 81.00 |
| 920 | Pallet of Light Fixtures | $ | 25.00 |
| 940 | Apple Computer | $ | 411.00 |
| 954 | Apple MacBook Pro | $ | 200.00 |
| 1005 | Wooden Shop Cart | $ | 29.00 |
| 12 | CR Onsrud "750SS" Inverted Pin Router | $ | 1,550.00 |
| 54 | LCT "SL23" Line Boring Machine | $ | 825.00 |
| 80 | MDF Sheet Goods QTY (15) | $ | 460.00 |
| 81 | Lot of Various Sheet Goods QTY (40) | $ | 1,025.00 |
| 82 | Lot of Various Sheet Goods | $ | 50.00 |
| 84 | Maple Ply  Sheet Goods QTY (35) | $ | 1,050.00 |
| 86 | Lot of Maple  Sheet Goods QTY (19) | $ | 360.00 |
| 91 | Lot of Bend Board Sheet Goods QTY (115) | $ | 170.00 |
| 94 | Lot of Radiata Plywood  Sheet Goods QTY (8) | $ | 210.00 |
| 95 | Lot of Radiata Plywood  Sheet Goods QTY (7) | $ | 190.00 |
| 96 | Lot of Misc  Sheet Goods QTY (5) | $ | 50.00 |
| 100 | Lot of TimberFlex  Sheet Goods QTY (17) | $ | 50.00 |
| 101 | Lot of C2 Maple Ply  Sheet Goods QTY (46) | $ | 1,950.00 |
| 103 | Lot of Misc  Sheet Goods QTY (17) | $ | 50.00 |
| 104 | Lot of Import PLY  Sheet Goods QTY (49) | $ | 2,150.00 |
| 107 | Lot of Misc Sheet Goods | $ | 210.00 |
| 113 | Lot of Various Acrylic Sheet Goods QTY (9) | $ | 150.00 |
| 119 | Pallet Racking - (2) Sections | $ | 65.00 |
| 126 | Lot of Uline Foam Sheets | $ | 58.00 |
| 127 | (1) Unit of C1 White Maple Appleply Sheet Goods | $ | 2,780.00 |
| 128 | (1) Unit of C1 White Maple Appleply Sheet Goods | $ | 2,050.00 |
| 153 | Pallet Racking (3) Sections | $ | 50.00 |
| 155 | Lot of Clear Maple UV Sheet Goods QTY (26) | $ | 2,350.00 |
| 156 | Lot of Various Sheet Goods QTY (24) | $ | 825.00 |

| | | | |
|---|---|---|---|
| 161 | Lot of Clear Maple UV Plywood QTY (30) | $ | 1,750.00 |
| 162 | Lot of Plywood - Qty (22) | $ | 1,050.00 |
| 169 | Lot of NXTLevel Under layment | $ | 110.00 |
| 177 | Laundry Basket, (2) Chairs & Wire | $ | 25.00 |
| 190 | Pallet Racking - (1) Section | $ | 170.00 |
| 197 | Lot of Fiberglass Exhaust Pads | $ | 121.00 |
| 214 | Titan "Impact 440" Airless Sprayer, P/C Air Compressor & more | $ | 460.00 |
| 224 | 3M "Multi Purpose 27" Spray Adhesive - Qty (62) Cans | $ | 95.00 |
| 225 | Lot of Hardware & Rolling Cart | $ | 94.96 |
| 231 | (2) Weller Soldering Irons, Hot Glue Guns & More - as pictured | $ | 111.00 |
| 243 | Lot of Tooling and Accessories - as pictured | $ | 320.00 |
| 245 | Lot of Acrylic - as pictured | $ | 50.00 |
| 276 | (3) Shop Vacuums, (1) Fan, (1) Heater & (1) Black Light | $ | 55.00 |
| 7 | Whirlwind "212L" Up Cut Saw | $ | 1,050.00 |
| 58 | JLG "2632ES" Platform Lift (2019) | $ | 15,000.00 |
| 62 | Kremlin "Rexson" Pump | $ | 5,700.00 |
| 63 | Kremlin "Airmix 20C50" Pump | $ | 5,600.00 |
| 64 | Kremlin "Airmix 16C240" Pump | $ | 5,600.00 |
| 72 | Wilray Flammable Storage Cabinet | $ | 95.00 |
| 77 | Pallet Racking - (2) Sections | $ | 460.00 |
| 117 | Cantilever Rack - No Contents | $ | 1,910.00 |
| 131 | Metal Pallet Rack Decking | $ | 111.00 |
| 172 | (3) Rolls of Paper | $ | 800.00 |
| 173 | (4) Rolls of Paper | $ | 875.00 |
| 185 | U-Line "H-2708" Pallet Jack | $ | 160.00 |
| 186 | Signode Banding Cart & Tools | $ | 150.00 |
| 212 | Hafele Pro Drying Rack | $ | 400.00 |
| 216 | Panel Cart & OSB Sheet Goods | $ | 50.00 |
| 223 | Eagle "1947" Flammable Liquid Storage Cabinet | $ | 680.00 |
| 268 | Oily Waste Cans - Qty (3) | $ | 83.23 |
| 273 | Universal Spill Kit & (3) Oily Waste Cans | $ | 80.00 |
| 329 | Paintline "Pro Drying Rack" Adjustable | $ | 311.00 |

| | | | |
|---|---|---|---|
| 330 | Hafele "Pro Drying Rack" Adjustable | $ | 335.00 |
| 461 | California Concrete Tool "RBC-258" Rebar Cutter/Bender | $ | 1,750.00 |
| 545 | Werner 10' Fiberglass Ladders - Qty (2) | $ | 55.00 |
| 570 | Safety Cabinet, (2) Racks | $ | 750.00 |
| 571 | Safety Cabinet, Cabinet & Racks | $ | 410.00 |
| 614 | Shipping/Packing Blankets | $ | 190.00 |
| 616 | Shipping/Packing Blankets | $ | 142.00 |
| 617 | Shipping/Packing Blankets | $ | 135.00 |
| 619 | Philips 32" Digital Sign (New in Box) | $ | 55.00 |
| 620 | Philips 32" Digital Sign (New in Box) | $ | 55.00 |
| 621 | Philips 32" Digital Sign (New in Box) | $ | 55.00 |
| 622 | Philips 32" Digital Sign (New in Box) | $ | 64.99 |
| 623 | Philips 32" Digital Sign (New in Box) | $ | 60.00 |
| 624 | Philips 32" Digital Sign (New in Box) | $ | 65.00 |
| 625 | Samsung 43" LED Commercial Signage Display (New in Box) | $ | 135.00 |
| 626 | Samsung 43" LED Commercial Signage Display (New in Box) | $ | 251.00 |
| 627 | Samsung 43" LED Commercial Signage Display (New in Box) | $ | 372.00 |
| 630 | Flammable Liquids Cabinet with Contents | $ | 150.00 |
| 921 | Red Velvet Rope and Stanchion Crowd Control Barrier | $ | 80.00 |
| 922 | Chief A/V Mounting Hardware and NEC "Multisync C501" 50" LCD Monitor | $ | 119.00 |
| 924 | Rigging Equipment & Cart | $ | 130.00 |
| 928 | (3) Vacuums & Cart | $ | 51.00 |
| 931 | (2) Shelf Units - Adjustable | $ | 85.00 |
| 938 | Yealink Phones - Qty (19) | $ | 210.00 |
| 950 | Microsoft Surface & HP Laptops | $ | 130.00 |
| 951 | (2) HP Laptops | $ | 155.00 |
| 966 | DW Sitepro Digital/Laser Surveying Equipment | $ | 1,250.00 |
| 995 | Parmida LED Shop Light | $ | 27.00 |
| 1061 | Two (2) Boxes of Fiberglass Exhaust Pads | $ | 45.00 |
| 59 | Komatsu "FG255T-16" Forklift | $ | 8,600.00 |
| 70 | Eagle "1945" Flammable Storage Cabinet - 45 Gal. | $ | 825.00 |
| 188 | Uline "S-1099" Foam | $ | 80.00 |

| 208 | Hafele Pro Drying Rack | $ | 410.00 |
|---|---|---|---|
| 275 | Furniture Dollies - Qty (5) | $ | 300.00 |
| 420 | Henkel Technomelt Glue | $ | 143.00 |
| 474 | Justrite "14-gallon" Oily Waste Can | $ | 41.00 |
| 530 | MISC. LOT of Painting supplies | $ | 100.00 |
| 546 | Lockers & Cabinet | $ | 76.00 |
| 13 | Ott "Atlantic AV12" Edgebander | $ | 1,150.00 |
| 300 | Porter Cable "7518" Router - Variable Speed | $ | 160.00 |
| 327 | Dewalt "DW780" Double Compound Miter Saw Station | $ | 420.00 |
| 403 | Porter Cable "75372" Router | $ | 220.00 |
| 405 | Porter Cable "75372" Router | $ | 185.00 |
| 412 | Porter Cable Router Bases and Accessories | $ | 34.00 |
| 534 | MISC. LOT OF Routers, Router Bases and Accessories | $ | 80.00 |
| 61 | Kremlin "Rexson" Pump | $ | 2,300.00 |
| 65 | AFC "ASD-3212/AMS-1000/CP-2" Cross Flow Spray Booth & Air Make-up | $ | 2,000.00 |
| 66 | AFC "ASD-3212/AMS-1000/CP-2" Cross Flow Spray Booth | $ | 1,000.00 |
| 67 | AFC "ASD-3212/AMS-1000/CP-2" Cross Flow Spray Booth & Air Make-up | $ | 850.00 |
| 68 | AFC "TSD-4424/AMS-2000/CP-2" Spray Booth & Air Make-up | $ | 1,350.00 |
| 168 | Fall Protection Safety Harnesses | $ | 65.00 |
| 178 | Lot of Premium Plastic Sheeting | $ | 160.00 |
| 182 | Film/Paper Roll Holder - 48" | $ | 25.00 |
| 194 | Lot of GlassFloss Industries Pleated Filters | $ | 26.00 |
| 196 | Intake & Exhaust Filters - Finish Booth | $ | 211.00 |
| 200 | Lot of Air Filters | $ | 111.00 |
| 202 | Yale "GLC030AFNUAEO82" 3000LB Forklift | $ | 8,600.00 |
| 219 | Paper Roll Holder, & Paper - 60" Cap. | $ | 25.00 |
| 247 | Lot of Hardware on shelf as pictured | $ | 381.00 |
| 248 | Lot of Crimpers, Cables & More - as pictured | $ | 435.00 |
| 252 | Hardware & Metal Shelf as pictured | $ | 460.00 |
| 253 | Hardware & Metal Shelf as pictured - 36" x 18" x 85" | $ | 251.00 |
| 254 | Hardware & Metal Shelf as pictured - 36" x 18" x 85" | $ | 451.00 |
| 255 | Hardware & Metal Shelf as pictured - 36" x 18" x 85" | $ | 420.00 |

| | | | |
|---|---|---|---|
| 256 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 351.00 |
| 257 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 325.00 |
| 258 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 351.00 |
| 259 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 335.00 |
| 260 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 351.00 |
| 261 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 351.00 |
| 262 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 335.00 |
| 263 | Hardware & Metal Shelf as pictured  - 36" x 18" x 85" | $ | 335.00 |
| 264 | Hardware & Cabinet as pictured | $ | 401.00 |
| 265 | Hardware in Shelves - as pictured | $ | 205.00 |
| 266 | Hardware in Shelves - as pictured | $ | 200.00 |
| 267 | Cart & Misc. Supplies as pictured | $ | 65.00 |
| 269 | Cabinet & Contents - as pictured | $ | 331.00 |
| 271 | First Aid & Lock-Out Station - as pictured | $ | 80.00 |
| 279 | Lot of Misc. Hardware - as pictured | $ | 46.00 |
| 294 | Lot of Misc Tools and Supplies - as pictured | $ | 90.00 |
| 335 | Fend-All "Portastream" Emergency Eyewash Station | $ | 37.00 |
| 340 | Lot of 15 Chairs | $ | 25.00 |
| 407 | Four (4) Rollers | $ | 36.00 |
| 426 | Milwaukee "6509-31" SawZall | $ | 80.00 |
| 432 | Metabo HPT "NV65AH2" Coil Nailer (New in Box) | $ | 145.00 |
| 435 | Hard Hats, Safety Vests, Visors and Rain suits | $ | 26.00 |
| 448 | Shop Cart | $ | 25.00 |
| 468 | Plastic Strapping Tool | $ | 301.00 |
| 480 | Three (3) LED Flood Lights with Stands | $ | 121.00 |
| 489 | Dayton "4Z909B" 2 Outlet Bench Grinder on Stand | $ | 185.00 |
| 490 | Wilton Industrial Vise on Stand | $ | 301.00 |
| 491 | Jet "JBG-8A" Bench Grinder, on Stand | $ | 90.00 |
| 492 | Wilton "4200" Belt and Disc Sander | $ | 775.00 |
| 493 | Powermatic "30B" Combination Belt/Disc Sander | $ | 1,201.00 |
| 495 | Stanley Vidmar Tool Box with Contents in Drawers | $ | 675.00 |
| 496 | Stanley Vidmar Tool Box with Contents in Drawers | $ | 625.00 |

| 551 | Diaphragm Pump & Hand Cart | $ | 151.00 |
|---|---|---|---|
| 562 | Chairs - Qty (12) | $ | 25.00 |
| 565 | Contents of Mail Room - as Pictured | $ | 100.00 |
| 568 | Table, Scale & Monitor | $ | 296.00 |
| 569 | Cabinet & Contents | $ | 120.00 |
| 601 | Cotterman "Workmaster" Forklift Safety Cage | $ | 221.00 |
| 609 | Kutrimmer Paper Cutter | $ | 21.00 |
| 441 | Skilsaw Circular Saw | $ | 46.00 |
| 469 | Four (4) Senco Finish Nailers | $ | 145.00 |
| 483 | Five (5) Dynabrade Palm Sanders | $ | 135.00 |
| 526 | LOT of (3) Senco Staple Guns | $ | 70.00 |
| 529 | LOT OF (4) Senco Finish Staplers | $ | 76.00 |
| 588 | Saw Blades - Qty (2) | $ | 110.00 |
| 296 | Steel Carts on Castors - Qty (4) | $ | 140.00 |
| 350 | Drying Rack | $ | 310.00 |
| 365 | Rolling Cart | $ | 50.00 |
| 694 | Pallet Racking - (5) Sections | $ | 60.00 |
| 538 | Senco "42XP" Finish Nailer with carrying case | $ | 50.00 |
| 712 | Uline Metal Banding Cart & Tool | $ | 55.00 |
| 730 | Moving Blankets - Qty (32) | $ | 235.00 |
| 776 | Pallet Racking - (2) Sections & Contents as pictured | $ | 220.00 |
| 307 | Festool Dominos | $ | 100.00 |
| 181 | Lot of "Plyboo" Bamboo | $ | 360.00 |
| 905 | Assortment of Power Tools | $ | 210.00 |
| 868 | Magnaliner Mobile Dock | $ | 7,601.00 |
| 876 | Loading Ramp | $ | 150.00 |
| 589 | Pallet Racking - (2) Sections - Rack Only NO Contents | $ | 310.00 |
| 665 | Shelving & Velcro - as pictured | $ | 80.00 |
| 4 | Martin "T54" Jointer | $ | 9,400.00 |
| 473 | Two (2) Metal Storage Racks | $ | 25.00 |
| 608 | Metal Shelving | $ | 11.00 |
| 808 | Monitors & Cases | $ | 26.00 |

| 48 | Monarch "10EE" Lathe & Digital Read-out | $ | 3,450.00 |
|---|---|---|---|
| 902 | Two (2) Senco Nailers and Porter Cable Belt Sander | $ | 120.00 |
| 908 | Five (5) Rollers | $ | 65.00 |
| 993 | Wooden Shop Cart | $ | 10.00 |
| 1025 | Custom Furniture | $ | 22.00 |
| 828 | HP "Designjet 1055CMP" Large Scale Printer/Plotter | $ | 331.00 |
| 105 | Lot of HPL Formica Indigo Blue Sheet Goods | $ | 50.00 |
| 109 | Lot of Plywood (19) | $ | 725.00 |
| 115 | Lot of 2" x 4" x 10' Lumber QTY (98) | $ | 600.00 |
| 116 | Lot of Plywood - Qty (12) | $ | 535.00 |
| 124 | Rolls of Laminate | $ | 67.00 |
| 159 | Lot of Various Sheet Goods | $ | 150.00 |
| 438 | Senco "DS332-AC" Automatic Screwdriver with Case | $ | 41.00 |
| 462 | Duralast 3 Ton Dual Piston Quick Lift (New, Never Used) | $ | 100.00 |
| 519 | Veribor Suction Cups with carrying case | $ | 100.00 |
| 869 | Werner Scaffolding as pictured | $ | 95.00 |
| 9 | Castle "TSM20" Pocket Drill | $ | 2,500.00 |
| 154 | Lot of Various Sheet Goods | $ | 160.00 |
| 158 | Lot of Various Sheet Goods - MDF, Particle, Plywood & more | $ | 160.00 |
| 277 | Cart & Hardware - as pictured | $ | 80.00 |
| 312 | Bosch "GCL-25" Leveling Laser & Case | $ | 120.00 |
| 356 | Lot of Exhibit Crates | $ | 55.00 |
| 368 | Motorized Murphy Bed | $ | 1,051.00 |
| 376 | Lot of Misc Supplies | $ | 50.00 |
| 394 | Lot of Microfiber Cloths | $ | 210.00 |
| 427 | Senco "FinishPro 35MG" Nailer (New, never used) | $ | 115.00 |
| 465 | Ridgid "EB44242" Benchtop Spindle/Edge Sander | $ | 181.00 |
| 470 | Air Hose Reel | $ | 53.00 |
| 471 | Air Hose Reel | $ | 53.00 |
| 554 | Contents of Break Room | $ | 526.00 |
| 555 | Contents of Area - as pictured | $ | 510.00 |
| 558 | Sharp "AQUOS LC-70UQ17U" Monitor, Mount & Remote - 70" | $ | 230.00 |

| | | | |
|---|---|---|---:|
| 576 | Packing Blankets - as pictured | $ | 95.00 |
| 988 | Assortment of Tape and Stretch Wrap | $ | 161.00 |
| 1009 | Folding Table | $ | 11.00 |
| 1016 | Folding Table | $ | 10.00 |
| 32 | Donaldson Exhaust System | $ | 135.00 |
| 215 | Lot of Hand Clamps | $ | 135.00 |
| 50 | Pro-Tools "B105-HD" Bender | $ | 210.00 |
| 123 | Lot of Wood Cylinders - Qty (47) | $ | 155.00 |
| 180 | Plastic Shelving | $ | 111.00 |
| 1030 | Metal/Wood Crate with Sand Bags | $ | 41.00 |
| 1053 | Stimpson "405" Arbor Press | $ | 56.00 |
| 17 | Powermatic "1150" Drill Press | $ | 400.00 |
| 2 | Heesemann "MFA Impression CLLef DB-S" 53" 4 Head Wide Belt Sander (2020) | $ | 126,151.00 |
| 509 | Bosch "JS470E" Jigsaw | $ | 36.00 |
| 520 | Wurth "Orsy 100 B-2000 HSS" Tool Set | $ | 21.00 |
| 613 | Acrylic-Laminated "Corvette" Poster | $ | 55.00 |
| 649 | Se-Kure "SK-554" Controls | $ | 56.00 |
| 724 | First-Aid & Bloodborne Pathogens kits & Monitor | $ | 181.00 |
| 727 | 5-Tier Plastic Shelving - Qty (9) | $ | 86.00 |
| 772 | (2) Sinks, Faucet & Organizer | $ | 86.00 |
| 796 | Porter Cable Hand Routers - Qty (3) | $ | 181.00 |
| 862 | LMC "100-FTD-10" Dust Collector | $ | 20,150.00 |
| 984 | Assortment of Electrical Components | $ | 10.00 |
| 31 | Scotchman "314x111780" Metal Shear | $ | 625.00 |
| 171 | Aigner Featherboard & Clamps | $ | 50.00 |
| 226 | Rolling Shop Carts - Qty (6) | $ | 25.00 |
| 293 | Lot of Misc Tools and Supplies | $ | 25.00 |
| 308 | Festool "Dominos" Assortment & Systainer | $ | 140.00 |
| 347 | Info Coming Soon | $ | 50.00 |
| 370 | Lot of Casters | $ | 125.00 |
| 446 | Dump Bin | $ | 425.00 |
| 456 | Casoman "11-piece Socket Set" (New, Never Used) | $ | 70.00 |

| | | | |
|---|---|---|---|
| 457 | Eastwood "Contour SCT" Surface Conditioning Tool (New in Box) | $ | 111.00 |
| 463 | Lufkin Tape Reel and Measuring Wheel | $ | 26.00 |
| 482 | Two (2) Eastwood "Contour SCT" Surface Conditioning Tools | $ | 185.00 |
| 525 | LOT of (4) Senco Staple Guns | $ | 210.00 |
| 598 | Metal Rack | $ | 635.00 |
| 599 | Miscellaneous Metal Tubing | $ | 725.00 |
| 631 | Two (2) Shop Carts with Contents | $ | 42.00 |
| 639 | (11) Sphero Robotic Gaming Systems | $ | 310.00 |
| 663 | Electrical Parts, Cords & More - as pictured | $ | 92.63 |
| 677 | Crow Bars, C-Clamps, Microwave & Miter Gauge | $ | 10.00 |
| 719 | Shipping Box - on wheels | $ | 25.00 |
| 734 | Trade Show Cases & Contents - Qty (3) | $ | 56.00 |
| 816 | Contents of Office | $ | 36.00 |
| 837 | 120" Projector Screen - Retractable | $ | 100.00 |
| 838 | ASK Proxima HD Projector | $ | 100.00 |
| 861 | Nordfab Quick-fit, Spiral & Bolt Together Dust Pipe - installed inside facility | $ | 110.00 |
| 975 | Trim Lock Magnetic Strips - Adhesive backed | $ | 57.00 |
| 1044 | Assortment of Casters | $ | 12.00 |
| 6 | Martin "T44" Planer | $ | 15,250.00 |
| 14 | Powermatic "66" Table saw | $ | 3,650.00 |
| 1058 | Roller Stand | $ | 21.00 |
| 1068 | Assortment of Non-Working Power Tools | $ | 26.00 |
| 566 | Contents of Conference Room | $ | 660.00 |
| 882 | (1) HP Laptop | $ | 90.00 |
| 885 | (2) HP Laptops | $ | 288.00 |
| 886 | (2) HP Laptops | $ | 525.00 |
| 164 | Self Dumping Hopper | $ | 410.00 |
| 284 | Cabinet & Contents - as pictured | $ | 161.00 |
| 285 | Cabinet & Contents - as pictured | $ | 95.00 |
| 286 | Cabinet & Contents - as pictured  - 23" x 96" x 41" | $ | 65.00 |
| 287 | Cabinet & Contents - as pictured  - 23" x 96" x 41" | $ | 225.00 |
| 288 | Cabinet & Contents - as pictured  - 23" x 96" x 41" | $ | 85.00 |

| | | | |
|---|---|---|---:|
| 322 | Air Compressor Drainage System Tank | $ | 235.00 |
| 459 | Astro Pneumatic Tool "1442" 13" Hand Rivet Nut Setter Kit | $ | 31.00 |
| 561 | Tables & Chairs | $ | 55.00 |
| 122 | Lot of "PlyBoo" Bamboo | $ | 190.00 |
| 222 | Justrite "25801" Flammable Liquid Storage Cabinet | $ | 160.00 |
| 234 | Makita "9237C" 7" Buffer/Polisher | $ | 145.00 |
| 333 | 8' Fiberglass Ladders - Qty (3) | $ | 161.00 |
| 163 | Fend-All "Portastream" Emergency Eyewash Station | $ | 25.00 |
| 60 | Rolling Ladder | $ | 211.00 |
| 42 | Height Gauges - Qty (3) | $ | 41.00 |
| 351 | Lot of Flat Screen TV's | $ | 66.00 |
| 460 | Forklift Safety Cage | $ | 25.00 |
| 560 | Items in Area - as listed | $ | 171.00 |
| 582 | Acrylic & More in Racks - No Racks | $ | 100.00 |
| 584 | Acrylic & More in Racks - No Racks | $ | 100.00 |
| 641 | (12) Midwest Motion "24 VDC" Electric Motors | $ | 50.00 |
| 642 | (12) Midwest Motion "24 VDC" Electric Motors | $ | 50.00 |
| 645 | (17) Universal "UB1234" Batteries | $ | 25.00 |
| 647 | Lestronic II Battery Charger | $ | 17.00 |
| 648 | Assortment of Electric Motors | $ | 161.00 |
| 650 | Group Delphi Custom Boring Fixtures - as pictured | $ | 211.00 |
| 662 | Electrical Parts, Wire & More - as pictured | $ | 351.00 |
| 667 | HD Electrical Cords & Case | $ | 50.00 |
| 670 | Power Strips & Case | $ | 80.00 |
| 672 | The "Justin Flyer" Go-Cart | $ | 80.00 |
| 676 | Contents of Room - Electrical & Electronic Parts | $ | 410.00 |
| 679 | Cart & Contents | $ | 35.00 |
| 687 | Steel Storage Racks - Qty (4) | $ | 475.00 |
| 700 | Optikinetics A/V Equipment & Case | $ | 121.00 |
| 708 | Contents of Storage Room | $ | 126.00 |
| 722 | Keyboards, Cords & More - as pictured | $ | 129.00 |
| 723 | Chief "CMS-0608W" Adjustable Columns - Qty (6) NIB | $ | 25.00 |

| | | | |
|---|---|---|---:|
| 735 | Conference Room Table Top | $ | 25.00 |
| 755 | Light Boxes & Stackable Racks | $ | 80.00 |
| 768 | Varilite "EQ2" Motor Control | $ | 100.00 |
| 769 | Laminate & Metal Sheets per photos | $ | 230.00 |
| 777 | (5) Folding Tables | $ | 140.00 |
| 782 | Cart & Contents as pictured | $ | 36.00 |
| 811 | 60" Monitors & Cases - Qty (3) | $ | 445.00 |
| 817 | Contents of Office | $ | 35.00 |
| 824 | Contents of Office | $ | 200.00 |
| 825 | Contents of Office | $ | 42.00 |
| 831 | A/V Equipment in area | $ | 100.00 |
| 832 | A/V Equipment in area | $ | 131.00 |
| 833 | Desk & A/V Contents as pictured | $ | 100.00 |
| 835 | A/V Equipment in area | $ | 363.00 |
| 836 | A/V Equipment in area | $ | 310.00 |
| 839 | Contents of Office | $ | 250.00 |
| 843 | Contents of Office | $ | 50.00 |
| 856 | Contents of Office | $ | 370.00 |
| 873 | Shipping Container & Contents | $ | 1,501.00 |
| 874 | Shipping Container & Contents | $ | 1,300.00 |
| 918 | Pallet of Light Fixtures | $ | 131.00 |
| 933 | Computers & Related Items in Room as pictured | $ | 3,055.00 |
| 934 | Monitors, Computer Cables & Related Items in Room as pictured | $ | 80.00 |
| 406 | Porter Cable "7518" Variable Speed Router | $ | 260.00 |
| 531 | LOT OF (4) Porter Cable Routers | $ | 340.00 |
| 29 | Pexto "241B" Metal Shear | $ | 130.00 |
| 369 | Hangpro Drywall Lift | $ | 190.00 |
| 596 | Taylor Key Cutting Machine | $ | 415.00 |
| 891 | (2) HP Laptops | $ | 111.00 |
| 932 | (3) HP Laptop Computers | $ | 310.00 |
| 801 | Bosch "B091B91NSP" Refrigerator | $ | 875.00 |
| 917 | Pallet of Light Fixtures | $ | 25.00 |

| | | | |
|---|---|---|---|
| 1013 | Wooden Shop Cart | $ | 10.00 |
| 1049 | Wooden Shop Cart | $ | 10.00 |
| 1062 | Cart and Contents | $ | 10.00 |
| 55 | JetYoung "Poweredge 220" Diamond Edge Polishing Machine | $ | 454.00 |
| 129 | Trade Show Display Crates - Qty (3) | $ | 410.00 |
| 130 | Trade Show Display Crates - Qty (4) | $ | 720.00 |
| 166 | Foam It "3" Rigid Polyurethane Foam | $ | 110.00 |
| 218 | A-Frame Cart & Clamps - as pictured | $ | 200.00 |
| 242 | Bar, Pipe, Spring & C-Clamps - as pictured | $ | 105.00 |
| 326 | Storage Rack with Clamps | $ | 511.00 |
| 556 | Tables & Chairs | $ | 1,070.00 |
| 652 | Sharp "LC-80LE844U" Monitor/TV & Rolling Stand | $ | 200.00 |
| 765 | Smooth-On "Foam-It 3" Rigid Polyurethane Foam | $ | 100.00 |
| 806 | Vestil "PAL-21" Clamp & (4) Yale "1-ton" Beam Clamps | $ | 160.00 |
| 855 | Contents of Breakroom - Outside | $ | 285.00 |
| 502 | Bosch "JS470E" Jigsaw | $ | 44.00 |
| 503 | Milwaukee "Sawzall" | $ | 122.00 |
| 504 | Skilsaw "HD77M" | $ | 110.00 |
| 793 | Ryobi "TSS102L" Sliding Miter Saw - 10" | $ | 100.00 |
| 890 | (2) HP Laptops | $ | 110.00 |
| 11 | Felder "FB 640" BandSaw | $ | 3,650.00 |
| 78 | Pallet Racking - (2) Sections | $ | 410.00 |
| 543 | Scaffolding | $ | 261.00 |
| 795 | Porter Cable Hand Routers - Qty (3) | $ | 220.00 |
| 409 | Assortment of Rollers | $ | 32.00 |
| 416 | AdirPro Tripod and Accessories | $ | 25.00 |
| 339 | Lot of 15 Chairs | $ | 32.00 |
| 697 | (12) Folding Tables | $ | 50.00 |
| 704 | Cardinal "708S" Platform Scale | $ | 265.00 |
| 781 | Hybrid (AllenHPP) Screen Doors | $ | 25.00 |
| 850 | Contents of Janitor Closet - as pictured | $ | 94.00 |
| 942 | Samsung Monitors - Qty (4) | $ | 100.00 |

| | | | |
|---|---|---|---:|
| 965 | Contents of Office as pictured | $ | 50.00 |
| 429 | MAX "RB441T" Rebar Tying Tool Kit | $ | 525.00 |
| 453 | Multiquip "MTX-60" Tamping Rammer (New, Never Used) | $ | 1,750.00 |
| 320 | Acrylic as pictured | $ | 55.00 |
| 688 | Metal & Aluminum Sheets on Cart | $ | 240.00 |
| 858 | Breakroom Supplies | $ | 65.00 |
| 893 | (2) HP Laptops | $ | 135.00 |
| 904 | Two (2) Milwaukee Power Drills | $ | 32.00 |
| 971 | Metal Sheets as pictured | $ | 385.00 |
| 1052 | Acrylic Fixtures | $ | 10.00 |
| 1069 | Assortment of Saw Horses | $ | 10.00 |
| 1072 | Wooden Shop Cart | $ | 31.00 |
| 57 | ShopFox "W1765" Power Feeder | $ | 725.00 |
| 559 | Sharp "AQUOS LC-70UQ17U" Monitor, Mount & Remote - 70" | $ | 233.00 |
| 880 | Picnic Table - 6' | $ | 26.00 |
| 204 | (2) Fiberglass Ladders  - 10' | $ | 150.00 |
| 205 | (2) Fiberglass Ladders  - 12' | $ | 170.00 |
| 213 | Paintline Pro Drying Rack | $ | 500.00 |
| 236 | (2) Roller Stands, Broom Rack & Brooms | $ | 51.00 |
| 272 | Plan Hold Blue Print Cabinet - 10-Drawer | $ | 50.00 |
| 332 | 6' Fiberglass Ladders - Qty (3) | $ | 111.00 |
| 334 | 12' & 6' Fiberglass Ladders - Qty (2) | $ | 65.00 |
| 342 | Justrite "Flammable Liquid Storage Cabinet" | $ | 240.00 |
| 343 | Justrite "Flammable Liquid Storage Cabinet" | $ | 210.00 |
| 349 | Drying Rack | $ | 340.00 |
| 364 | Tool Box | $ | 165.00 |
| 449 | Three (3) Water Coolers | $ | 21.00 |
| 615 | Shipping/Packing Blankets | $ | 61.00 |
| 657 | Southwire "X-Treme Box" Power Distribution Box | $ | 200.00 |
| 337 | Tool Box with Tools in Drawers | $ | 235.00 |
| 373 | Tool Box With Contents | $ | 625.00 |
| 488 | Lista International Rolling Tool Box | $ | 385.00 |

| | | | |
|---|---|---|---|
| 552 | Poly Tool Carts - Qty (2) | $ | 80.00 |
| 135 | Stack Racks | $ | 1,025.00 |
| 136 | Stack Racks | $ | 1,250.00 |
| 142 | Stack Racks | $ | 360.00 |
| 144 | Stack Racks | $ | 1,250.00 |
| 145 | Stack Racks | $ | 1,250.00 |
| 146 | Stack Racks | $ | 1,250.00 |
| 147 | Stack Racks | $ | 1,250.00 |
| 331 | Pallet of Scaffolding and parts | $ | 235.00 |
| 358 | Lot of Rolling Carts | $ | 221.00 |
| 564 | Contents of Reception Area - as Listed | $ | 100.00 |
| 22 | Kaeser "BS51" 40HP Air Compressor | $ | 7,700.00 |
| 23 | Air Tank | $ | 2,050.00 |
| 24 | Kaeser "TD51" Refrigerated Air Dryer | $ | 2,060.00 |
| 25 | Kaeser Dryer/Serator - Qty (3) | $ | 310.00 |
| 26 | Kaeser "F83KE" Dryer | $ | 210.00 |
| 27 | Kaeser "KCF100" Oil Water Separator | $ | 210.00 |
| 542 | Levels and Squares | $ | 310.00 |
| 820 | 24" Monitors - Qty (5) | $ | 37.00 |
| 900 | Foam Sculpting Tools and Soldering Iron | $ | 92.00 |
| 907 | Festool Accessories | $ | 94.96 |
| 1011 | Wooden Shop Cart | $ | 10.00 |
| 1036 | Metal Filing Cabinet | $ | 11.00 |
| 1067 | Seven (7) Wooden Step Stools | $ | 22.00 |
| 1074 | Five (5) Wooden Work Benches | $ | 10.00 |
| 309 | Festool "TS 55 REQ" Track Saw & Systainer | $ | 585.00 |
| 40 | Fango "#3" Arbor Press | $ | 105.00 |
| 375 | Info Coming Soon | $ | 50.00 |
| 383 | Office Table | $ | 50.00 |
| 384 | Info Coming Soon | $ | 50.00 |
| 422 | Two (2) 3M PUR Applicators | $ | 185.00 |
| 532 | MISC. LOT OF Tools and Accessories | $ | 5.00 |

| | | | |
|---|---|---|---|
| 594 | Pallet of Miscellaneous Sheet Goods | $ | 50.00 |
| 629 | Three (3) Shop Carts with Contents | $ | 65.00 |
| 633 | Metal Shop Table on Casters | $ | 101.00 |
| 634 | Gas Cylinder Storage Rack | $ | 25.00 |
| 711 | Contents of Storage Room as pictured | $ | 100.00 |
| 737 | Tarp, Stakes & Weights | $ | 60.00 |
| 829 | Contents of Janitor Closet - as pictured | $ | 64.00 |
| 915 | Pallet of Light Fixtures | $ | 33.00 |
| 916 | Assortment of Electrical Components | $ | 26.00 |
| 923 | Pallet of Light Fixtures | $ | 25.00 |
| 996 | Assortment of Shop Supplies | $ | 10.00 |
| 1000 | Assortment of Shop Supplies | $ | 10.00 |
| 1004 | Assortment of Fasteners and Hardware | $ | 16.00 |
| 1012 | Assortment of Tape and Abrasives | $ | 26.00 |
| 1017 | Case of Sealant Tape | $ | 10.00 |
| 237 | Milwaukee "6852-20" Shear, (3) Dynabrade Sanders & Tap/Die Set | $ | 107.00 |
| 431 | Metabo HPT "NV65AH2" Coil Nailer (New in Box) | $ | 151.00 |
| 487 | Milwaukee "6101" Bandfile Tool | $ | 80.00 |
| 354 | Pallet of Sheet Goods | $ | 250.00 |
| 302 | Fein "FMM350QSL" MultiMaster Tool & Case | $ | 90.00 |
| 758 | Corrugated Cardboard | $ | 42.00 |
| 759 | Corrugated Cardboard | $ | 40.00 |
| 821 | 24" Monitors - Qty (4) | $ | 35.00 |
| 822 | Samsung 24" Monitors - Qty (7) | $ | 55.00 |
| 912 | Binks "95" Spray Gun with Pot and Hoses | $ | 99.00 |
| 99 | Lot of TimberFlex  Sheet Goods QTY (15) | $ | 50.00 |
| 171 | Uline "S-9878" Moving Blankets - NIB - Qty (21) | $ | 218.02 |
| 175 | Lot of Finishing Supplies | $ | 50.00 |
| 239 | Makita "9557PB" Grinder & More - as pictured | $ | 31.00 |
| 442 | Toughbuilt "S550" Miter Saw Stand (New in Box) | $ | 101.00 |
| 444 | Milwaukee Grinder | $ | 55.00 |
| 506 | Porter Cable "7539" Plunge Router | $ | 65.00 |

| | | | |
|---|---|---|---:|
| 535 | Virutex "AB181VD" Router for Connectors Tool | $ | 361.00 |
| 814 | Packing Blankets - NIB | $ | 391.00 |
| 974 | Formica "270" California Compliant Spray Contact Adhesive | $ | 25.00 |
| 981 | Assortment of Painting Supplies | $ | 101.00 |
| 28 | Scotchman "350OLT/PK" Cold Saw | $ | 1,050.00 |
| 30 | Max "20 Inch" DIsc Sander/Grinder | $ | 620.00 |
| 310 | Senco "SLS18Mg" Finish Staplers & Cases - Qty (2) | $ | 70.00 |
| 500 | LOT of (3) Senco Nailers | $ | 51.00 |
| 721 | Stackable Chairs - Qty (54) | $ | 170.00 |
| 729 | Stackable Chairs - Qty (15) | $ | 25.00 |
| 773 | Wheelbarrow, (4) Shovels & more | $ | 74.99 |
| 792 | Craftsman "Pro Series" Table Saw - Contractor | $ | 201.00 |
| 794 | (3) Senco Staple/Nail Guns | $ | 115.00 |
| 877 | Diamond C "20' Tandem" Flat Bed Trailer (2021) | $ | 7,050.00 |
| 883 | (2) HP Laptops | $ | 101.00 |
| 884 | (2) HP Laptops | $ | 121.00 |
| 901 | Five (5) Palm Sanders | $ | 151.00 |
| 913 | Two (2) Bosch Line Laser Receivers | $ | 86.00 |
| 919 | Duralast "3-1/2 Ton" Jack | $ | 175.00 |
| 962 | LG "QHD 32QN600" Monitor - 31.5" NIB | $ | 141.00 |
| 1010 | Hold Down Straps | $ | 46.00 |
| 1031 | Anti-Fatigue Mats | $ | 27.00 |
| 1040 | Moving Dollies | $ | 110.00 |
| 1041 | Moving/Packing Blankets | $ | 130.00 |
| 1043 | Hand Cart | $ | 41.00 |
| 19 | Rockwell Radial Drill Press | $ | 105.00 |
| 313 | Senco "SLS18Mg" Finish Stapler & Case | $ | 36.00 |
| 315 | Senco "Finish Pro 10" Finish Stapler & Case | $ | 36.00 |
| 903 | Assortment of Pneumatic Tools | $ | 159.00 |
| 49 | Do-all "3613-20" Bandsaw | $ | 975.00 |
| 235 | (3) Lista Tool Boxes & Contents - as pictured | $ | 825.00 |
| 249 | Lista Tool Boxes & Contents - as pictured | $ | 570.00 |

| | | | |
|---|---|---|---:|
| 297 | Steel Carts on Castors - Qty (4) | $ | 120.00 |
| 541 | Lista International Tool Box with Contents in Drawers | $ | 435.00 |
| 1033 | Marsh "R1" Stencil Cutting Machine | $ | 50.00 |
| 464 | Grizzly Router Bit Set | $ | 225.00 |
| 508 | Sawstop "Brake Cartridges and Zero Clearance Inserts" New in box | $ | 360.00 |
| | | | |
| | | | |
| | | | |
| | Gross Hammer Price | $ | 542,602.50 |
| | Sellers Premium | $ | 54,260.25 |
| | Set Up Fee | $ | 7,500.00 |
| | Total due to Group Delphi | $ | 480,842.50 |
| | | | |
| | | | |
| 1 | Cefla "Prima Tech" & " Unidry G" Finishing Line with UV Cure | $ | 170,150.00 |
| | | | |
| | | | |
| | Gross Hammer Price | $ | 170,150.00 |
| | Sellers Premium | $ | 17,015.00 |
| | Total due to US Bank | $ | 153,135.00 |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

In re                                                                    Case No.

    **Delphi Productions, Inc. dba Group Delphi**

_____     Debtor(s).          /

### CREDITOR MATRIX COVER SHEET

      I declare that the attached Creditor Mailing Matrix, consisting of __16__ sheets, contains the correct, complete and current names and addresses of all priority, secured and unsecured creditors listed in debtor's filing and that this matrix conforms with the Clerk's promulgated requirements.

DATED:  **4/13/2023**

                                    **/s/ Chris Kuhner**
                                      Signature of Debtor's Attorney or Pro Per Debtor

Chris Kuhner
Kornfield, Nyberg, Bendes, Kuhner & Little P.C.
1970 Broadway, Ste 600
Oakland, CA 94612


Delphi Productions, Inc. dba Group Delphi
2930 Domingo Ave
Box 228
Berkeley, CA 94705


ABD Insurance & Fin Services, Inc.
777 Mariners Island Blvd, Ste 250
San Mateo, CA 94404


Accurate Staging Inc.
1820 W. 135th Street
Gardena, CA 90249


ACI Alameda County Industries
610 Aladdin Ave
San Leandro, CA 94577


Airgas USA, LLC
295 N Radnor-Chester Rd, Ste 100
Wayne, PA 19087


Alameda Electrical Dist, Inc.
3875 Bay Center Place
Hayward, CA 94545


Alameda Municipal Power
P.O. Box 511427
Los Angeles, CA 90051-7982

Alameda Unified School District
c/o Parcel Tax Administrator
4745 Mangels Blvd
Fairfield, CA 94534


Alan Kropp & Associates
2140 Shattuck Ave, 9th Floor
Berkeley, CA 94704


Alliantgroup, LP
P.O. Box 4979
Houston, TX 77210-4979


AlphaGraphics
1888 Mission Street
San Francisco, CA 94103


Amazon Capital Services
P.O. Box 035184
Seattle, WA 98124-5184


American Express
PO Box 3001
16 General Warren Blvd
Malvern, PA 19355


Anthony Erpelding
3222 Thompson Ave
Alameda, CA 94501


AT&T
PO Box 5025
Carol Stream, IL 60197-5025

ATC Colors, Inc.
Attn: Dong Yi
631 85th Ave
Oakland, CA 94621


Auburn Cord Duesenberg Auto Muesum
Brandon J. Anderson
1600 S. Wayne St
P.O. Box 271
Auburn, IN 46706


Aunalytics
460 Stull Street, Ste 100
South Bend, IN 46601


Bay Machine & Fabrication
2900 Main Street, #2100
Alameda, CA 94501


BHM Construction, Inc.
Attn: Nate Palmer
721 Gateway Road West, Ste 405
Napa, CA 94558


Brightline Janitorial
3002 San Jose Ave
Alameda, CA 94501


Burt and Associates
801 E. Campbell Rd, Ste 165
Richardson, TX 75081


Caine & Weiner
Olivia Palomares
5805 Sepulveda Blvd, 4th Floor
Sherman Oaks, CA 91411

California Dept of Tax and Fee Admin
Acct Information Group MIC 29
P. O. Box 942879
Sacramento, CA 94279-0029


Canon Financial Services, Inc.
14904 Collections Center Dr
Chicago, IL 60693-0149


Carr, Riggs & Ingram, LLC
3626 Memorial Parkway, SW
Huntsville, AL 35801


Charles McMurray Co.
P.O. Box 569
Fresno, CA 93709


Chris Radovich
123 Spring Rd
Orinda, CA 94563


Cintas Coproration
P.O. Box 29059
Phoenix, AZ 85038-9059


City of Alameda
Office of the City Attorney
2263 Santa Clara Ave, Room 280
Alameda, CA 94501-4477


City of Alameda
2263 Santa Clara Ave, Sm 220
Alameda, CA 94501

Classic Products Corp
4617 Industrial Rd
Fort Wayne, IN 46825


Coast Aluminum
P.O. Box 514670
Dept 710070
Los Angeles, CA 90051-4670


Colin & Erin Alley
122 Walnut Ave
Corte Madera, CA 94925


Comcast Business
P.O. Box 37601
Philadelphia, PA 19101-0601


Commerical Collectors, Inc.
Larry Barthel
PO Box 337
Montrose, MN 55363


Concur Technologies, Inc.
62157 Collections Center Dr
Chicago, IL 60693


CST Co, Inc.
Louis Galati
P.O. Box 33127
Louisville, KY 40232


Daiohs First Choice Services
2423 Verna Court
San Leandro, CA 94577

Damien & Mariann o Molokai Edu Ctr
2512 Kalakaua Ave
Honolulu, HI 96815


Decorative Plumbing Distributors, LLC
4200 Business Center Dr
Fremont, CA 94538


DevriX Ltd.
Vrabnitsa 2
BL 604 entr A ap 34
Sofia bulgaria 1231


Display Installations
300 Dogwood Dr
Weed, CA 96094


DMV Renewal
P.O. Box 942897
Sacramento, CA 94297-0897


Early Ford V8 Museum
c/o Joshua Conrad
P.O. Box 284
Bargersville, IN 46106


Economy Lumber
750 High Street
Oakland, CA 94601


Eldorado Forklift Company
P.O. Box 1163
San Carlos, CA 94070

Electrik City
1769 Hillsdale Ave, #24886
San Jose, CA 95154


Ezra Fox
222 Paula Court
Martinez, CA 94553


Federal Express
P.O. Box 932481
Cleveland, OH 44193


Fidelity Investments
88 Black Falcon Ave, Ste 167
Boston, MA 02210


Firemaster
P.O. Box 121019
Dept 1019
Dallas, TX 75312-1019


Forbo Flooring, Inc.
P.O. Box 60559
Charlotte, NC 28260-0559


Ford Credit
Department 194101
P.O. Box 55000
Detroit, MI 48255-1941


Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95827-2952

Golden State Lumber
P.O. Box 3239
San Rafael, CA 94912-3239


Grainger Inc.
Dept 817245202
Palatine, IL 60038-0001


Gyroscope, Inc.
283 4th St
Bldg 201
Oakland, CA 94607


H&E Equipment Services
P.O. Box 849850
Dallas, TX 75284-9850


Hubspot, Inc.
P.O. Box 419842
Boston, MA 02241-9842


IFS North America
300 Park Blvd, Ste 555
Itasca, IL 60143


Imaginit Technologies
28127 Network Place
Chicago, IL 60673-1281


Internal Revenue Service
Centralized Insolvency Operations
PO Box 7346
Philadelphia, PA 19101-7346

International Moulding
3100 North Ad Art Rd
Stockton, CA 95215


Johnson Controls
Dept CH10320
Palatine, IL 60055-0320


Julien, Inc.
955 Rue Lachance
Quebec GHP 2H3
Canada


Kaeser Compressors
P.O. Box 946
Fredericksburg, VA 22404


Kaeser Compressors, Inc.
Jonathan Campbell
46771 Fremont Blvd
Fremont, CA 94538


Karen Wright
221 Lakenheath Lane
Matthews, NC 28105


KSM CPAs & Advisors
800 East 96th St, Ste 500
Indianapolis, IN 46240


Kyle Wood
384 Randolph St
Napa, CA 94559

Laser Custom Designs, LLC
25515 Whitesell St, Ste A
Hayward, CA 94545


LCA Bank Corp
P.O. Box 1650
Troy, MI 48099-1650


Lease Corporation of America
3150 Livernois Rd, #300
Troy, MI 48083


Linde Gas & Equipment
Dept CH 10660
Palatine, IL 60055-0660


Lori Moe
18 Gonsalves Ct
Alameda, CA 94502


MacMurray Pacific
P.O. Box 742553
Los Angeles, CA 90074


Mar Structural Design
2332 Fifth St, Ste D
Berkeley, CA 94710


Mary Jane Wood
c/o Alexander J. Myers
1835 First Street
Napa, CA 94559

Matthew Lista
Lista Plumbing
1477 32nd St
Emeryville, CA 94608


McMaster Carr
P.O. Box 7690
Chicago, IL 60680-7690


MK Sales, Inc.
Attn: Yardley Aguilar
6654 Dolittle Ave
Riverside, CA 92503


MOC Insurance
44 Montogmery St, 17th Floor
San Francisco, CA 94104


Moore Newton Hardwood
2115 Williams Street
San Leandro, CA 94579


Moore-Newton Quality Hardwoods Corp
c/o John Phillips
Fennemore Dowling Aaron, LLP
8080 N. Palm Ave, 3rd Floor
Fresno, CA 93711


Nationwide
P.O. Box 10479
Des Moines, IA 50306-0479


Optum Bank
2771 Momentum Place
Chicago, IL 60689-5327

Pacific Gas & Electric
PO Box 997300
Sacramento, CA 95899-7300


Paul Porcher
3672 16th Street
San Francisco, CA 94114


Piedmont Plastics
Attn: Becky Hazle-Jones
5265 South Rio Grande St
Littleton, CO 80120


Piedmont Plastics for Alameda
P.O. Box 845649
Los Angeles, CA 90084-5649


Pitney Bowes
PO Box 371874
Pittsburgh, PA 15250-7874


Pitney Bowes Global Financial
P.O. Box 371887
Pittsburgh, PA 15250-7887


Platinum Cargo Logistics
P.O. Box 2999
Phoenix, AZ 85062-2999


Platinum Cargo Logistics, Inc.
Glen Peter, Station Owner SFO
24219 Clawiter Rd
Hayward, CA 94545

Port Plastics
P.O. Box 398573
San Francisco, CA 94139


Protection One Alarm Monitering, Inc.
P.O. Box 219044
Kansas City, MO 64121-9044


Protel Comminications, dba Protelesis
4686 Mission Gorge Place
San Diego, CA 92120


Quality Media & Laminating Solutions
285 State Street, #1
North Haven, CT 06473


Re-Quest, Inc.
P.O. Box 2945
Naperville, IL 60567-2945


Ready Fresh
P.O. Box 856158
Louisville, KY 40285-6158


S.L. Fusco, Inc.
File 2350
1801 W. Olympic Blvd
Pasadena, CA 91199-2350


Sartor-Quality Saw Works
250 Bayshore Blvd
San Francisco, CA 94124

SEG Systems, LLC
6900-G Northpark Blvd
Charlotte, NC 28216


Shamrock Office Solutions, Inc.
File 2399
1801 W. Olympic Blvd
Pasadena, CA 91199-2399


Shell Fleet Processing Center
P.O. Box 183019
Columbus, OH 43218-3019


Sherwin Williams
1033 Montague St
San Leandro, CA 94577-4331


Sherwin Williams
801 Marina Village Parkway
Alameda, CA 94501


Sonoma Graphics
961 Stockton Ave
San Jose, CA 95110


SpeedPro East Bay
Carrie Ericson
1734 Clement Ave
Alameda, CA 94501


Staples Advantage
P.O. Box 105638
Atlanta, GA 30348-5638

Stryker Slev Law Group
3555 Fifth Ave, Ste 205
San Diego, CA 92103


Suburban Propane
P.O. Box 12027
Fresno, CA 93776


Swiss Lift Truck Service, Inc.
68 Alysia Court
Livermore, CA 94550


Symetra Life Insurance Co
P.O. Box 1491
Minneapolis, MN 55480-1491


Terminix Commercial
P.O. Box 802155
Chicago, IL 60680-2155


Toyota Motor Credit
Toyota Financial Services
PO Box 8026
Cedar Rapids, IA 52408


Tri-Valley Tradwshow
2855 Mitchell Dr, Ste 111
Walnut Creek, CA 94598


Uline
P.O. Box 88741
Chicago, IL 60680-1741

Ultimate Software Group, Inc.
P.O. Box 930953
Atlanta, GA 31193-0953


US Bank Equipment Lease
P.O. Box 790448
Saint Louis, MO 63179-0448


Verizon
P.O. Box 25505
Lehigh Valley, PA 18002-5505


Western Industrial Machine Repair, In.c
P.O. Box 1767
Boulder Creek, CA 95006-1767


William Nieser
45860 Sunset Dr
P.O. Box 381
Gualala, CA 95445


Willis Supply Corporation
Dept LA 23368
Pasadena, CA 91185-3368


Zwicker & Associates, P.C.
80 Minuteman Rd
Andover, MA 01810

# United States Bankruptcy Court
## Northern District of California

In re   **Delphi Productions, Inc. dba Group Delphi**
                 Debtor(s)

Case No.

Chapter    **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Delphi Productions, Inc. dba Group Delphi**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**4/13/2023**

Date

**/s/ Chris Kuhner**

**Chris Kuhner 173291**

Signature of Attorney or Litigant

Counsel for   **Delphi Productions, Inc. dba Group Delphi**

**Kornfield, Nyberg, Bendes, Kuhner & Little P.C.**

**1970 Broadway, Ste 600**
**Oakland, CA 94612**
**510-763-1000 Fax:510-273-8669**

**United States Bankruptcy Court**
**Northern District of California**

| | | | |
|---|---|---|---|
| In re | **Delphi Productions, Inc. dba Group Delphi** | Case No. | |
| | Debtor(s) | Chapter | **7** |

# STATEMENT REGARDING AUTHORITY TO SIGN AND FILE PETITION

I, **Justin Hersh**, declare under penalty of perjury that I am the **CEO** of **Delphi Productions, Inc. dba Group Delphi**, and that the following is a true and correct copy of the resolutions adopted by the Board of Directors of said corporation at a special meeting duly called and held on the **13th** day of **April**, 20**23**.

"Whereas, it is in the best interest of this corporation to file a voluntary petition in the United States Bankruptcy Court pursuant to Chapter 7 of Title 11 of the United States Code;

Be It Therefore Resolved, that **Justin Hersh, CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Justin Hersh, CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Justin Hersh, CEO** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case."

| | | | |
|---|---|---|---|
| Date | **4/13/2023** | Signed | **/s/ Justin Hersh** |
| | | | **Justin Hersh** |

Resolution of Board of Directors

of

**Delphi Productions, Inc. dba Group Delphi**

Whereas, it is in the best interest of this corporation to file a voluntary petition in the the United States Bankruptcy Court pursuant to Chapter **7** of Title 11 of the United States Code;

Be It Therefore Resolved, that **Justin Hersh**, **CEO** of this Corporation, is authorized and directed to execute and deliver all documents necessary to perfect the filing of a chapter **7** voluntary bankruptcy case on behalf of the corporation; and

Be It Further Resolved, that **Justin Hersh**, **CEO** of this Corporation is authorized and directed to appear in all bankruptcy proceedings on behalf of the corporation, and to otherwise do and perform all acts and deeds and to execute and deliver all necessary documents on behalf of the corporation in connection with such bankruptcy case, and

Be It Further Resolved, that **Justin Hersh**, **CEO** of this Corporation is authorized and directed to employ **Chris Kuhner 173291**, attorney and the law firm of **Kornfield, Nyberg, Bendes, Kuhner & Little P.C.** to represent the corporation in such bankruptcy case.

Date  **4/13/2023** _____     Signed _____
                                                        **/s/ Justin Hersh**

Date  **4/13/2023** _____     Signed _____